B1 (Official Form 1) (04/13)

| **United States Bankruptcy Court**<br>**Western District of Virginia** | **Voluntary Petition** |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**McGann, Christy A** | Name of Joint Debtor (Spouse) (Last, First, Middle):<br>**McGann, Jeremy M** |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names):<br>**fka Christy Mundy** | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) /Complete EIN<br>(if more than one, state all):  **5744** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) /Complete EIN<br>(if more than one, state all):  **7310** |
| Street Address of Debtor (No. & Street, City, State & Zip Code):<br>**5516 Dunlap Creek Rd**<br>**Covington, VA**<br><div align=right>ZIPCODE **24426-7800**</div> | Street Address of Joint Debtor (No. & Street, City, State & Zip Code):<br>**3012 Winterberry Ave**<br>**Covington, VA**<br><div align=right>ZIPCODE **24426**</div> |
| County of Residence or of the Principal Place of Business:<br>**Alleghany** | County of Residence or of the Principal Place of Business:<br>**Alleghany** |
| Mailing Address of Debtor (if different from street address)<br><div align=right>ZIPCODE</div> | Mailing Address of Joint Debtor (if different from street address):<br><div align=right>ZIPCODE</div> |
| Location of Principal Assets of Business Debtor (if different from street address above):<br><div align=right>ZIPCODE</div> | |

| **Type of Debtor**<br>(Form of Organization)<br>(Check **one** box.) | **Nature of Business**<br>(Check **one** box.) | **Chapter of Bankruptcy Code Under Which<br>the Petition is Filed** (Check **one** box.) |
|---|---|---|
| ☑ **Individual** (includes Joint Debtors)<br>*See Exhibit D on page 2 of this form.*<br>☐ **Corporation** (includes LLC and LLP)<br>☐ **Partnership**<br>☐ **Other** (If debtor is not one of the above entities,<br>check this box and state type of entity below.) | ☐ Health Care Business<br>☐ Single Asset Real Estate as defined in 11<br>U.S.C. § 101(51B)<br>☐ Railroad<br>☐ Stockbroker<br>☐ Commodity Broker<br>☐ Clearing Bank<br>☐ Other | ☑ Chapter 7    ☐ Chapter 15 Petition for<br>☐ Chapter 9       Recognition of a Foreign<br>☐ Chapter 11      Main Proceeding<br>☐ Chapter 12    ☐ Chapter 15 Petition for<br>☐ Chapter 13      Recognition of a Foreign<br>                 Nonmain Proceeding |
| **Chapter 15 Debtor**<br>Country of debtor's center of main interests:<br><br>Each country in which a foreign proceeding by,<br>regarding, or against debtor is pending: | **Tax-Exempt Entity**<br>(Check box, if applicable.)<br>☐ Debtor is a tax-exempt organization under<br>Title 26 of the United States Code (the<br>Internal Revenue Code). | **Nature of Debts**<br>(Check one box.)<br>☑ Debts are primarily consumer   ☐ Debts are primarily<br>debts, defined in 11 U.S.C.       business debts.<br>§ 101(8) as "incurred by an<br>individual primarily for a<br>personal, family, or house-<br>hold purpose." |

| **Filing Fee** (Check one box) | **Chapter 11 Debtors** |
|---|---|
| ☑ **Full Filing Fee attached**<br><br>☐ **Filing Fee to be paid in installments** (Applicable to individuals<br>only). Must attach signed application for the court's<br>consideration certifying that the debtor is unable to pay fee<br>except in installments. Rule 1006(b). See Official Form 3A.<br><br>☐ **Filing Fee waiver requested** (Applicable to chapter 7 individuals<br>only). Must attach signed application for the court's<br>consideration. See Official Form 3B. | **Check one box:**<br>☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).<br>☐ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).<br>**Check if:**<br>☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less<br>than $2,490,925 *(amount subject to adjustment on 4/01/16 and every three years thereafter).*<br>- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -<br>**Check all applicable boxes:**<br>☐ A plan is being filed with this petition<br>☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in<br>accordance with 11 U.S.C. § 1126(b). |

| **Statistical/Administrative Information** | THIS SPACE IS FOR<br>COURT USE ONLY |
|---|---|
| ☐ Debtor estimates that funds will be available for distribution to unsecured creditors.<br>☑ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for<br>distribution to unsecured creditors. | |

Estimated Number of Creditors

| ☐ | ☑ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-<br>5,000 | 5,001-<br>10,000 | 10,001-<br>25,000 | 25,001-<br>50,000 | 50,001-<br>100,000 | Over<br>100,000 |

Estimated Assets

| ☐ | ☐ | ☑ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to<br>$50,000 | $50,001 to<br>$100,000 | $100,001 to<br>$500,000 | $500,001 to<br>$1 million | $1,000,001<br>to $10 million | $10,000,001<br>to $50 million | $50,000,001<br>to $100 million | $100,000,001<br>to $500 million | $500,000,001<br>to $1 billion | More than<br>$1 billion |

Estimated Liabilities

| ☐ | ☐ | ☑ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to<br>$50,000 | $50,001 to<br>$100,000 | $100,001 to<br>$500,000 | $500,001 to<br>$1 million | $1,000,001<br>to $10 million | $10,000,001<br>to $50 million | $50,000,001<br>to $100 million | $100,000,001<br>to $500 million | $500,000,001<br>to $1 billion | More than<br>$1 billion |

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

| **Voluntary Petition**<br>*(This page must be completed and filed in every case)* | Name of Debtor(s):<br>**McGann, Christy A & McGann, Jeremy M** |
|---|---|

<div align="center">

**All Prior Bankruptcy Case Filed Within Last 8 Years** (If more than two, attach additional sheet)

</div>

| Location<br>Where Filed:**None** | Case Number: | Date Filed: |
|---|---|---|
| Location<br>Where Filed: | Case Number: | Date Filed: |

<div align="center">

**Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of this Debtor** (If more than one, attach additional sheet)

</div>

| Name of Debtor:<br>**None** | Case Number: | Date Filed: |
|---|---|---|
| District: | Relationship: | Judge: |

| **Exhibit A**<br>(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>☐  Exhibit A is attached and made a part of this petition. | **Exhibit B**<br>(To be completed if debtor is an individual<br>whose debts are primarily consumer debts.)<br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. § 342(b).<br><br>X  */s/ Donald M. Burks*                                           1/30/14<br>   Signature of Attorney for Debtor(s)                        Date |
|---|---|

<div align="center">

**Exhibit C**

</div>

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐  Yes, and Exhibit C is attached and made a part of this petition.

☑  No

<div align="center">

**Exhibit D**

</div>

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☑  Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☑  Exhibit D also completed and signed by the joint debtor is attached a made a part of this petition.

<div align="center">

**Information Regarding the Debtor - Venue**<br>(Check any applicable box.)

</div>

☑  Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐  There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐  Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

<div align="center">

**Certification by a Debtor Who Resides as a Tenant of Residential Property**<br>(Check all applicable boxes.)

</div>

☐  Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____

<div align="center">(Name of landlord that obtained judgment)</div>

_____

<div align="center">(Address of landlord)</div>

☐  Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐  Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐  Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B1 (Official Form 1) (04/13)                                                              Page 3

| **Voluntary Petition** | **Name of Debtor(s):** |
|---|---|
| *(This page must be completed and filed in every case)* | **McGann, Christy A & McGann, Jeremy M** |

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under Chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X */s/ Christy A McGann*
Signature of Debtor                      **Christy A McGann**

X */s/ Jeremy M McGann*
Signature of Joint Debtor                **Jeremy M McGann**

Telephone Number (If not represented by attorney)

**January 30, 2014**
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only **one** box.)

☐ I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. § 1515 are attached.

☐ Pursuant to 11 U.S.C. § 1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

### Signature of Attorney*

X */s/ Donald M. Burks*
Signature of Attorney for Debtor(s)

**Donald M. Burks 41311
Don Burks P.C.
30 Crossing Lane Suite 205
Lexington, VA  24450
(540) 463-1080  Fax: (540) 463-1082
bankruptcy@donburkslaw.com**

**January 30, 2014**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Non-Attorney Petition Preparer

I declare under penalty of perjury that: 1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; 2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h) and 342(b); and 3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any,  of Bankruptcy Petition Preparer

_____
Social Security Number (If the bankruptcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.) (Required by 11 U.S.C. § 110.)

Address
_____

X _____
Signature

_____
Date

Signature of Bankruptcy Petition Preparer or officer, principal, responsible person, or partner whose social security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. § 110; 18 U.S.C. § 156.*

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Authorized Individual

_____
Printed Name of Authorized Individual

_____
Title of Authorized Individual

_____
Date

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**B22A (Official Form 22A) (Chapter 7) (04/13)**

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

| According to the information required to be entered on this statement (check one box as directed in Part I, III, or VI of this statement): |
|---|
| ☐ **The presumption arises** |
| ☑ **The presumption does not arise** |
| ☐ **The presumption is temporarily inapplicable.** |

In re: **McGann, Christy A & McGann, Jeremy M**
_____
Debtor(s)

Case Number: _____
(If known)

# CHAPTER 7 STATEMENT OF CURRENT MONTHLY INCOME AND MEANS-TEST CALCULATION

In addition to Schedules I and J, this statement must be completed by every individual chapter 7 debtor. If none of the exclusions in Part I applies, joint debtors may complete one statement only. If any of the exclusions in Part I applies, joint debtors should complete separate statements if they believe this is required by § 707(b)(2)(C).

| | Part I. MILITARY AND NON-CONSUMER DEBTORS |
|---|---|
| **1A** | **Disabled Veterans.** If you are a disabled veteran described in the Veteran's Declaration in this Part IA, (1) check the box at the beginning of the Declaration, (2) check the box for "The presumption does not arise" at the top of this statement, and (3) complete the verification in Part VIII. Do not complete any of the remaining parts of this statement.<br><br>☐ **Declaration of Disabled Veteran.** By checking this box, I declare under penalty of perjury that I am a disabled veteran (as defined in 38 U.S.C. § 3741(1)) whose indebtedness occurred primarily during a period in which I was on active duty (as defined in 10 U.S.C. § 101(d)(1)) or while I was performing a homeland defense activity (as defined in 32 U.S.C. §901(1)). |
| **1B** | **Non-consumer Debtors.** If your debts are not primarily consumer debts, check the box below and complete the verification in Part VIII. Do not complete any of the remaining parts of this statement.<br><br>☐ **Declaration of non-consumer debts.** By checking this box, I declare that my debts are not primarily consumer debts. |
| **1C** | **Reservists and National Guard Members; active duty or homeland defense activity.** Members of a reserve component of the Armed Forces and members of the National Guard who were called to active duty (as defined in 10 U.S.C. § 101(d)(1)) after September 11, 2001, for a period of at least 90 days, or who have performed homeland defense activity (as defined in 32 U.S.C. § 901(1)) for a period of at least 90 days, are excluded from all forms of means testing during the time of active duty or homeland defense activity and for 540 days thereafter (the "exclusion period"). If you qualify for this temporary exclusion, (1) check the appropriate boxes and complete any required information in the Declaration of Reservists and National Guard Members below, (2) check the box for "The presumption is temporarily inapplicable" at the top of this statement, and (3) complete the verification in Part VIII. **During your exclusion period you are not required to complete the balance of this form, but you must complete the form no later than 14 days after the date on which your exclusion period ends, unless the time for filing a motion raising the means test presumption expires in your case before your exclusion period ends.**<br><br>☐ **Declaration of Reservists and National Guard Members.** By checking this box and making the appropriate entries below, I declare that I am eligible for a temporary exclusion from means testing because, as a member of a reserve component of the Armed Forces or the National Guard<br><br>    a. ☐ I was called to active duty after September 11, 2001, for a period of at least 90 days and<br>        ☐ I remain on active duty /or/<br>        ☐ I was released from active duty on _____, which is less than 540 days before this bankruptcy case was filed;<br><br>        OR<br><br>    b. ☐ I am performing homeland defense activity for a period of at least 90 days /or/<br>        ☐ I performed homeland defense activity for a period of at least 90 days, terminating on _____, which is less than 540 days before this bankruptcy case was filed. |

B22A (Official Form 22A) (Chapter 7) (04/13)

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

| | **Part II. CALCULATION OF MONTHLY INCOME FOR § 707(b)(7) EXCLUSION** | | |
|---|---|---|---|
| 2 | **Marital/filing status.** Check the box that applies and complete the balance of this part of this statement as directed.<br><br>a. ☐ Unmarried. **Complete only Column A ("Debtor's Income") for Lines 3-11.**<br><br>b. ☐ Married, not filing jointly, with declaration of separate households. By checking this box, debtor declares under penalty of perjury: "My spouse and I are legally separated under applicable non-bankruptcy law or my spouse and I are living apart other than for the purpose of evading the requirements of § 707(b)(2)(A) of the Bankruptcy Code." **Complete only Column A ("Debtor's Income") for Lines 3-11.**<br><br>c. ☐ Married, not filing jointly, without the declaration of separate households set out in Line 2.b above. **Complete both Column A ("Debtor's Income") and Column B ("Spouse's Income") for Lines 3-11.**<br><br>d. ☑ Married, filing jointly. **Complete both Column A ("Debtor's Income") and Column B ("Spouse's Income") for Lines 3-11.** | | |
| | All figures must reflect average monthly income received from all sources, derived during the six calendar months prior to filing the bankruptcy case, ending on the last day of the month before the filing. If the amount of monthly income varied during the six months, you must divide the six-month total by six, and enter the result on the appropriate line. | **Column A** Debtor's Income | **Column B** Spouse's Income |
| 3 | **Gross wages, salary, tips, bonuses, overtime, commissions.** | $ 2,739.58 | $ 3,963.80 |
| 4 | **Income from the operation of a business, profession or farm.** Subtract Line b from Line a and enter the difference in the appropriate column(s) of Line 4. If you operate more than one business, profession or farm, enter aggregate numbers and provide details on an attachment. Do not enter a number less than zero. **Do not include any part of the business expenses entered on Line b as a deduction in Part V.**<br><br>a. Gross receipts $<br>b. Ordinary and necessary business expenses $<br>c. Business income — Subtract Line b from Line a | $ | $ |
| 5 | **Rent and other real property income.** Subtract Line b from Line a and enter the difference in the appropriate column(s) of Line 5. Do not enter a number less than zero. **Do not include any part of the operating expenses entered on Line b as a deduction in Part V.**<br><br>a. Gross receipts $<br>b. Ordinary and necessary operating expenses $<br>c. Rent and other real property income — Subtract Line b from Line a | $ | $ |
| 6 | **Interest, dividends, and royalties.** | $ | $ |
| 7 | **Pension and retirement income.** | $ | $ |
| 8 | **Any amounts paid by another person or entity, on a regular basis, for the household expenses of the debtor or the debtor's dependents, including child support paid for that purpose.** Do not include alimony or separate maintenance payments or amounts paid by your spouse if Column B is completed. Each regular payment should be reported in only one column; if a payment is listed in Column A, do not report that payment in Column B. | $ | $ |
| 9 | **Unemployment compensation.** Enter the amount in the appropriate column(s) of Line 9. However, if you contend that unemployment compensation received by you or your spouse was a benefit under the Social Security Act, do not list the amount of such compensation in Column A or B, but instead state the amount in the space below:<br><br>Unemployment compensation claimed to be a benefit under the Social Security Act — Debtor $ _____ Spouse $ _____ | $ | $ |

B22A (Official Form 22A) (Chapter 7) (04/13)

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

| 10 | **Income from all other sources.** Specify source and amount. If necessary, list additional sources on a separate page. **Do not include alimony or separate maintenance payments paid by your spouse if Column B is completed, but include all other payments of alimony or separate maintenance.** Do not include any benefits received under the Social Security Act or payments received as a victim of a war crime, crime against humanity, or as a victim of international or domestic terrorism. | | |
|----|----|----|----|
| | a. | child support from daugher's father | $      397.00 |
| | b. | | $ |
| | Total and enter on Line 10 | | $      397.00 | $ |

| 11 | **Subtotal of Current Monthly Income for § 707(b)(7).** Add Lines 3 thru 10 in Column A, and, if Column B is completed, add Lines 3 through 10 in Column B. Enter the total(s). | $   3,136.58 | $   3,963.80 |
|----|----|----|----|

| 12 | **Total Current Monthly Income for § 707(b)(7).** If Column B has been completed, add Line 11, Column A to Line 11, Column B, and enter the total. If Column B has not been completed, enter the amount from Line 11, Column A. | $        7,100.38 |
|----|----|----|

## Part III. APPLICATION OF § 707(B)(7) EXCLUSION

| 13 | **Annualized Current Monthly Income for § 707(b)(7).** Multiply the amount from Line 12 by the number 12 and enter the result. | $   85,204.56 |
|----|----|----|

| 14 | **Applicable median family income.** Enter the median family income for the applicable state and household size. (This information is available by family size at www.usdoj.gov/ust/ or from the clerk of the bankruptcy court.) | |
|----|----|----|
| | a. Enter debtor's state of residence: **Virginia**_____    b. Enter debtor's household size: __**4**__ | $   90,945.00 |

| 15 | **Application of Section 707(b)(7).** Check the applicable box and proceed as directed. ☑ **The amount on Line 13 is less than or equal to the amount on Line 14.** Check the box for "The presumption does not arise" at the top of page 1 of this statement, and complete Part VIII; do not complete Parts IV, V, VI, or VII. ☐ **The amount on Line 13 is more than the amount on Line 14.** Complete the remaining parts of this statement. |
|----|----|

## Complete Parts IV, V, VI, and VII of this statement only if required. (See Line 15.)

## Part IV. CALCULATION OF CURRENT MONTHLY INCOME FOR § 707(b)(2)

| 16 | **Enter the amount from Line 12.** | $ |
|----|----|----|

| 17 | **Marital adjustment.** If you checked the box at Line 2.c, enter on Line 17 the total of any income listed in Line 11, Column B that was NOT paid on a regular basis for the household expenses of the debtor or the debtor's dependents. Specify in the lines below the basis for excluding the Column B income (such as payment of the spouse's tax liability or the spouse's support of persons other than the debtor or the debtor's dependents) and the amount of income devoted to each purpose. If necessary, list additional adjustments on a separate page. If you did not check box at Line 2.c, enter zero. | |
|----|----|----|
| | a. | $ |
| | b. | $ |
| | c. | $ |
| | Total and enter on Line 17. | $ |

| 18 | **Current monthly income for § 707(b)(2).** Subtract Line 17 from Line 16 and enter the result. | $ |
|----|----|----|

## Part V. CALCULATION OF DEDUCTIONS FROM INCOME

### Subpart A: Deductions under Standards of the Internal Revenue Service (IRS)

| 19A | **National Standards: food, clothing and other items.** Enter in Line 19A the "Total" amount from IRS National Standards for Food, Clothing and Other Items for the applicable number of persons. (This information is available at www.usdoj.gov/ust/ or from the clerk of the bankruptcy court.) The applicable number of persons is the number that would currently be allowed as exemptions on your federal income tax return, plus the number of any additional dependents whom you support. | $ |
|----|----|----|

**B22A (Official Form 22A) (Chapter 7) (04/13)**

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

| | | |
|---|---|---|
| 19B | **National Standards: health care.** Enter in Line a1 below the amount from IRS National Standards for Out-of-Pocket Health Care for persons under 65 years of age, and in Line a2 the IRS National Standards for Out-of-Pocket Health Care for persons 65 years of age or older. (This information is available at www.usdoj.gov/ust/ or from the clerk of the bankruptcy court.) Enter in Line b1 the applicable number of persons who are under 65 years of age, and enter in Line b2 the applicable number of persons who are 65 years of age or older. (The applicable number of persons in each age category is the number in that category that would currently be allowed as exemptions on your federal income tax return, plus the number of any additional dependents whom you support.) Multiply Line a1 by Line b1 to obtain a total amount for persons under 65, and enter the result in Line c1. Multiply Line a2 by Line b2 to obtain a total amount for persons 65 and older, and enter the result in Line c2. Add Lines c1 and c2 to obtain a total health care amount, and enter the result in Line 19B. | $ |

| Persons under 65 years of age | | Persons 65 years of age or older | |
|---|---|---|---|
| a1. | Allowance per person | a2. | Allowance per person |
| b1. | Number of persons | b2. | Number of persons |
| c1. | Subtotal | c2. | Subtotal |

| | | |
|---|---|---|
| 20A | **Local Standards: housing and utilities; non-mortgage expenses.** Enter the amount of the IRS Housing and Utilities Standards; non-mortgage expenses for the applicable county and family size. (This information is available at www.usdoj.gov/ust/ or from the clerk of the bankruptcy court). The applicable family size consists of the number that would currently be allowed as exemptions on your federal income tax return, plus the number of any additional dependents whom you support. | $ |
| 20B | **Local Standards: housing and utilities; mortgage/rent expense.** Enter, in Line a below, the amount of the IRS Housing and Utilities Standards; mortgage/rent expense for your county and family size (this information is available at www.usdoj.gov/ust/ or from the clerk of the bankruptcy court)(the applicable family size consists of the number that would currently be allowed as exemptions on your federal income tax return, plus the number of any additional dependents whom you support); enter on Line b the total of the Average Monthly Payments for any debts secured by your home, as stated in Line 42; subtract Line b from Line a and enter the result in Line 20B. **Do not enter an amount less than zero.** | |

| a. | IRS Housing and Utilities Standards; mortgage/rental expense | $ | |
|---|---|---|---|
| b. | Average Monthly Payment for any debts secured by your home, if any, as stated in Line 42 | $ | |
| c. | Net mortgage/rental expense | Subtract Line b from Line a | $ |

| | | |
|---|---|---|
| 21 | **Local Standards: housing and utilities; adjustment.** If you contend that the process set out in Lines 20A and 20B does not accurately compute the allowance to which you are entitled under the IRS Housing and Utilities Standards, enter any additional amount to which you contend you are entitled, and state the basis for your contention in the space below: | $ |
| 22A | **Local Standards: transportation; vehicle operation/public transportation expense.** You are entitled to an expense allowance in this category regardless of whether you pay the expenses of operating a vehicle and regardless of whether you use public transportation.<br><br>Check the number of vehicles for which you pay the operating expenses or for which the operating expenses are included as a contribution to your household expenses in Line 8.<br><br>☐ 0  ☐ 1  ☐ 2 or more.<br><br>If you checked 0, enter on Line 22A the "Public Transportation" amount from IRS Local Standards: Transportation. If you checked 1 or 2 or more, enter on Line 22A the "Operating Costs" amount from IRS Local Standards: Transportation for the applicable number of vehicles in the applicable Metropolitan Statistical Area or Census Region. (These amounts are available at www.usdoj.gov/ust/ or from the clerk of the bankruptcy court.) | $ |

**B22A (Official Form 22A) (Chapter 7) (04/13)**

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

| 22B | **Local Standards: transportation; additional public transportation expense.** If you pay the operating expenses for a vehicle and also use public transportation, and you contend that you are entitled to an additional deduction for your public transportation expenses, enter on Line 22B the "Public Transportation" amount from IRS Local Standards: Transportation. (This amount is available at www.usdoj.gov/ust/ or from the clerk of the bankruptcy court.) | $ |
|---|---|---|

| 23 | **Local Standards: transportation ownership/lease expense; Vehicle 1.** Check the number of vehicles for which you claim an ownership/lease expense. (You may not claim an ownership/lease expense for more than two vehicles.)<br><br>☐ 1  ☐ 2 or more.<br><br>Enter, in Line a below, the "Ownership Costs" for "One Car" from the IRS Local Standards: Transportation (available at www.usdoj.gov/ust/ or from the clerk of the bankruptcy court); enter in Line b the total of the Average Monthly Payments for any debts secured by Vehicle 1, as stated in Line 42; subtract Line b from Line a and enter the result in Line 23. **Do not enter an amount less than zero.** | |
|---|---|---|

| | a. | IRS Transportation Standards, Ownership Costs | $ | |
|---|---|---|---|---|
| | b. | Average Monthly Payment for any debts secured by Vehicle 1, as stated in Line 42 | $ | |
| | c. | Net ownership/lease expense for Vehicle 1 | Subtract Line b from Line a | $ |

| 24 | **Local Standards: transportation ownership/lease expense; Vehicle 2.** Complete this Line only if you checked the "2 or more" Box in Line 23.<br><br>Enter, in Line a below, the "Ownership Costs" for "One Car" from the IRS Local Standards: Transportation (available at www.usdoj.gov/ust/ or from the clerk of the bankruptcy court); enter in Line b the total of the Average Monthly Payments for any debts secured by Vehicle 2, as stated in Line 42; subtract Line b from Line a and enter the result in Line 24. **Do not enter an amount less than zero.** | |
|---|---|---|

| | a. | IRS Transportation Standards, Ownership Costs, Second Car | $ | |
|---|---|---|---|---|
| | b. | Average Monthly Payment for any debts secured by Vehicle 2, as stated in Line 42 | $ | |
| | c. | Net ownership/lease expense for Vehicle 2 | Subtract Line b from Line a | $ |

| 25 | **Other Necessary Expenses: taxes.** Enter the total average monthly expense that you actually incur for all federal, state, and local taxes, other than real estate and sales taxes, such as income taxes, self employment taxes, social security taxes, and Medicare taxes. **Do not include real estate or sales taxes.** | $ |
|---|---|---|

| 26 | **Other Necessary Expenses: involuntary deductions for employment.** Enter the total average monthly payroll deductions that are required for your employment, such as retirement contributions, union dues, and uniform costs. **Do not include discretionary amounts, such as voluntary 401(k) contributions.** | $ |
|---|---|---|

| 27 | **Other Necessary Expenses: life insurance.** Enter total average monthly premiums that you actually pay for term life insurance for yourself. **Do not include premiums for insurance on your dependents, for whole life or for any other form of insurance.** | $ |
|---|---|---|

| 28 | **Other Necessary Expenses: court-ordered payments.** Enter the total monthly amount that you are required to pay pursuant to the order of a court or administrative agency, such as spousal or child support payments. **Do not include payments on past due obligations included in Line 44.** | $ |
|---|---|---|

| 29 | **Other Necessary Expenses: education for employment or for a physically or mentally challenged child.** Enter the total average monthly amount that you actually expend for education that is a condition of employment and for education that is required for a physically or mentally challenged dependent child for whom no public education providing similar services is available. | $ |
|---|---|---|

| 30 | **Other Necessary Expenses: childcare.** Enter the total average monthly amount that you actually expend on childcare — such as baby-sitting, day care, nursery and preschool. **Do not include other educational payments.** | $ |
|---|---|---|

| 31 | **Other Necessary Expenses: health care.** Enter the total average monthly amount that you actually expend on health care that is required for the health and welfare of yourself or your dependents, that is not reimbursed by insurance or paid by a health savings account, and that is in excess of the amount entered in Line 19B. **Do not include payments for health insurance or health savings accounts listed in Line 34.** | $ |
|---|---|---|

**B22A (Official Form 22A) (Chapter 7) (04/13)**

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

| 32 | **Other Necessary Expenses: telecommunication services.** Enter the total average monthly amount that you actually pay for telecommunication services other than your basic home telephone and cell phone service — such as pagers, call waiting, caller id, special long distance, or internet service — to the extent necessary for your health and welfare or that of your dependents. **Do not include any amount previously deducted.** | $ |
| 33 | **Total Expenses Allowed under IRS Standards.** Enter the total of Lines 19 through 32. | $ |

| Subpart B: Additional Living Expense Deductions<br>Note: Do not include any expenses that you have listed in Lines 19-32 | | |
|---|---|---|

| 34 | **Health Insurance, Disability Insurance, and Health Savings Account Expenses.** List the monthly expenses in the categories set out in lines a-c below that are reasonably necessary for yourself, your spouse, or your dependents.<br><br>| a. | Health Insurance | $ |<br>| b. | Disability Insurance | $ |<br>| c. | Health Savings Account | $ |<br><br>Total and enter on Line 34<br><br>**If you do not actually expend this total amount,** state your actual total average monthly expenditures in the space below:<br><br>$ _____ | $ |
| 35 | **Continued contributions to the care of household or family members.** Enter the total average actual monthly expenses that you will continue to pay for the reasonable and necessary care and support of an elderly, chronically ill, or disabled member of your household or member of your immediate family who is unable to pay for such expenses. | $ |
| 36 | **Protection against family violence.** Enter the total average reasonably necessary monthly expenses that you actually incurred to maintain the safety of your family under the Family Violence Prevention and Services Act or other applicable federal law. The nature of these expenses is required to be kept confidential by the court. | $ |
| 37 | **Home energy costs.** Enter the total average monthly amount, in excess of the allowance specified by IRS Local Standards for Housing and Utilities, that you actually expend for home energy costs. **You must provide your case trustee with documentation of your actual expenses, and you must demonstrate that the additional amount claimed is reasonable and necessary.** | $ |
| 38 | **Education expenses for dependent children less than 18.** Enter the total average monthly expenses that you actually incur, not to exceed $156.25* per child, for attendance at a private or public elementary or secondary school by your dependent children less than 18 years of age. **You must provide your case trustee with documentation of your actual expenses, and you must explain why the amount claimed is reasonable and necessary and not already accounted for in the IRS Standards.** | $ |
| 39 | **Additional food and clothing expense.** Enter the total average monthly amount by which your food and clothing expenses exceed the combined allowances for food and clothing (apparel and services) in the IRS National Standards, not to exceed 5% of those combined allowances. (This information is available at www.usdoj.gov/ust/ or from the clerk of the bankruptcy court.) **You must demonstrate that the additional amount claimed is reasonable and necessary.** | $ |
| 40 | **Continued charitable contributions.** Enter the amount that you will continue to contribute in the form of cash or financial instruments to a charitable organization as defined in 26 U.S.C. § 170(c)(1)-(2). | $ |
| 41 | **Total Additional Expense Deductions under § 707(b).** Enter the total of Lines 34 through 40 | $ |

*\* Amount subject to adjustment on 4/01/16, and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

B22A (Official Form 22A) (Chapter 7) (04/13)

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

| | Subpart C: Deductions for Debt Payment | | | | |
|---|---|---|---|---|---|
| 42 | **Future payments on secured claims.** For each of your debts that is secured by an interest in property that you own, list the name of the creditor, identify the property securing the debt, state the Average Monthly Payment, and check whether the payment includes taxes or insurance. The Average Monthly Payment is the total of all amounts scheduled as contractually due to each Secured Creditor in the 60 months following the filing of the bankruptcy case, divided by 60. If necessary, list additional entries on a separate page. Enter the total of the Average Monthly Payments on Line 42. | | | | |

| | Name of Creditor | Property Securing the Debt | Average Monthly Payment | Does payment include taxes or insurance? |
|---|---|---|---|---|
| a. | | | $ | ☐ yes ☐ no |
| b. | | | $ | ☐ yes ☐ no |
| c. | | | $ | ☐ yes ☐ no |
| | | Total: Add lines a, b and c. | | |

Line 42 total: $

| 43 | **Other payments on secured claims.** If any of debts listed in Line 42 are secured by your primary residence, a motor vehicle, or other property necessary for your support or the support of your dependents, you may include in your deduction 1/60th of any amount (the "cure amount") that you must pay the creditor in addition to the payments listed in Line 42, in order to maintain possession of the property. The cure amount would include any sums in default that must be paid in order to avoid repossession or foreclosure. List and total any such amounts in the following chart. If necessary, list additional entries on a separate page. |
|---|---|

| | Name of Creditor | Property Securing the Debt | 1/60th of the Cure Amount |
|---|---|---|---|
| a. | | | $ |
| b. | | | $ |
| c. | | | $ |
| | | Total: Add lines a, b and c. | |

Line 43 total: $

| 44 | **Payments on prepetition priority claims.** Enter the total amount, divided by 60, of all priority claims, such as priority tax, child support and alimony claims, for which you were liable at the time of your bankruptcy filing. **Do not include current obligations, such as those set out in Line 28.** | $ |
|---|---|---|

| 45 | **Chapter 13 administrative expenses.** If you are eligible to file a case under chapter 13, complete the following chart, multiply the amount in line a by the amount in line b, and enter the resulting administrative expense. | |
|---|---|---|

| a. | Projected average monthly chapter 13 plan payment. | $ |
|---|---|---|
| b. | Current multiplier for your district as determined under schedules issued by the Executive Office for United States Trustees. (This information is available at www.usdoj.gov/ust/ or from the clerk of the bankruptcy court.) | X |
| c. | Average monthly administrative expense of chapter 13 case | Total: Multiply Lines a and b |

Line 45 total: $

| 46 | **Total Deductions for Debt Payment.** Enter the total of Lines 42 through 45. | $ |
|---|---|---|

| | Subpart D: Total Deductions from Income | |
|---|---|---|
| 47 | **Total of all deductions allowed under § 707(b)(2).** Enter the total of Lines 33, 41, and 46. | $ |

B22A (Official Form 22A) (Chapter 7) (04/13)

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

| | **Part VI. DETERMINATION OF § 707(b)(2) PRESUMPTION** | |
|---|---|---|
| 48 | **Enter the amount from Line 18 (Current monthly income for § 707(b)(2))** | $ |
| 49 | **Enter the amount from Line 47 (Total of all deductions allowed under § 707(b)(2))** | $ |
| 50 | **Monthly disposable income under § 707(b)(2).** Subtract Line 49 from Line 48 and enter the result. | $ |
| 51 | **60-month disposable income under § 707(b)(2).** Multiply the amount in Line 50 by the number 60 and enter the result. | $ |
| 52 | **Initial presumption determination.** Check the applicable box and proceed as directed.<br><br>☐ **The amount on Line 51 is less than $7,475\*.** Check the box for "The presumption does not arise" at the top of page 1 of this statement, and complete the verification in Part VIII. Do not complete the remainder of Part VI.<br><br>☐ **The amount set forth on Line 51 is more than $12,475\*.** Check the box for "The presumption arises" at the top of page 1 of this statement, and complete the verification in Part VIII. You may also complete Part VII. Do not complete the remainder of Part VI.<br><br>☐ **The amount on Line 51 is at least $7,475\*, but not more than $12,475\*.** Complete the remainder of Part VI (Lines 53 though 55). | |
| 53 | **Enter the amount of your total non-priority unsecured debt** | $ |
| 54 | **Threshold debt payment amount.** Multiply the amount in Line 53 by the number 0.25 and enter the result. | $ |
| 55 | **Secondary presumption determination.** Check the applicable box and proceed as directed.<br><br>☐ **The amount on Line 51 is less than the amount on Line 54.** Check the box for "The presumption does not arise" at the top of page 1 of this statement, and complete the verification in Part VIII.<br><br>☐ **The amount on Line 51 is equal to or greater than the amount on Line 54.** Check the box for "The presumption arises" at the top of page 1 of this statement, and complete the verification in Part VIII. You may also complete Part VII. | |

| | **Part VII. ADDITIONAL EXPENSE CLAIMS** | |
|---|---|---|

| 56 | **Other Expenses.** List and describe any monthly expenses, not otherwise stated in this form, that are required for the health and welfare of you and your family and that you contend should be an additional deduction from your current monthly income under § 707(b)(2)(A)(ii)(I). If necessary, list additional sources on a separate page. All figures should reflect your average monthly expense for each item. Total the expenses. | |

| | Expense Description | Monthly Amount |
|---|---|---|
| a. | | $ |
| b. | | $ |
| c. | | $ |
| | Total: Add Lines a, b and c | $ |

| | **Part VIII. VERIFICATION** | |
|---|---|---|

| 57 | I declare under penalty of perjury that the information provided in this statement is true and correct. *(If this a joint case, both debtors must sign.)*<br><br>Date: **January 30, 2014**          Signature: */s/ Christy A McGann*<br>                                                                                    (Debtor)<br><br>Date: **January 30, 2014**          Signature: */s/ Jeremy M McGann*<br>                                                                                    (Joint Debtor, if any) |

*\* Amount subject to adjustment on 4/01/16, and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

B1D (Official Form 1, Exhibit D) (12/09)

## United States Bankruptcy Court
## Western District of Virginia

IN RE:                                                                    Case No. _____

__McGann, Christy A__ _____    Chapter **7** _____
<div align="center">Debtor(s)</div>

## EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE
## CREDIT COUNSELING REQUIREMENT

**Warning: You must be able to check truthfully one of the five statements regarding credit counseling listed below. If you cannot do so, you are not eligible to file a bankruptcy case, and the court can dismiss any case you do file. If that happens, you will lose whatever filing fee you paid, and your creditors will be able to resume collection activities against you. If your case is dismissed and you file another bankruptcy case later, you may be required to pay a second filing fee and you may have to take extra steps to stop creditors' collection activities.**

*Every individual debtor must file this Exhibit D. If a joint petition is filed, each spouse must complete and file a separate Exhibit D. Check one of the five statements below and attach any documents as directed.*

☑ 1. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, and I have a certificate from the agency describing the services provided to me. *Attach a copy of the certificate and a copy of any debt repayment plan developed through the agency.*

☐ 2. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, but I do not have a certificate from the agency describing the services provided to me. *You must file a copy of a certificate from the agency describing the services provided to you and a copy of any debt repayment plan developed through the agency no later than 14 days after your bankruptcy case is filed.*

☐ 3. I certify that I requested credit counseling services from an approved agency but was unable to obtain the services during the seven days from the time I made my request, and the following exigent circumstances merit a temporary waiver of the credit counseling requirement so I can file my bankruptcy case now. *[Summarize exigent circumstances here.]*

**If your certification is satisfactory to the court, you must still obtain the credit counseling briefing within the first 30 days after you file your bankruptcy petition and promptly file a certificate from the agency that provided the counseling, together with a copy of any debt management plan developed through the agency. Failure to fulfill these requirements may result in dismissal of your case. Any extension of the 30-day deadline can be granted only for cause and is limited to a maximum of 15 days. Your case may also be dismissed if the court is not satisfied with your reasons for filing your bankruptcy case without first receiving a credit counseling briefing.**

☐ 4. I am not required to receive a credit counseling briefing because of: *[Check the applicable statement.] [Must be accompanied by a motion for determination by the court.]*

    ☐ Incapacity. (Defined in 11 U.S.C. § 109(h)(4) as impaired by reason of mental illness or mental deficiency so as to be incapable of realizing and making rational decisions with respect to financial responsibilities.);

    ☐ Disability. (Defined in 11 U.S.C. § 109(h)(4) as physically impaired to the extent of being unable, after reasonable effort, to participate in a credit counseling briefing in person, by telephone, or through the Internet.);

    ☐ Active military duty in a military combat zone.

☐ 5. The United States trustee or bankruptcy administrator has determined that the credit counseling requirement of 11 U.S.C. § 109(h) does not apply in this district.

**I certify under penalty of perjury that the information provided above is true and correct.**

Signature of Debtor: ___***/s/ Christy A McGann***___ _____

Date: __**January 30, 2014**_____

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B1D (Official Form 1, Exhibit D) (12/09)

## United States Bankruptcy Court
### Western District of Virginia

IN RE:                                                                                          Case No. _____

McGann, Jeremy M                                                                Chapter **7** _____
                                    Debtor(s)

## EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE
## CREDIT COUNSELING REQUIREMENT

**Warning: You must be able to check truthfully one of the five statements regarding credit counseling listed below. If you cannot do so, you are not eligible to file a bankruptcy case, and the court can dismiss any case you do file. If that happens, you will lose whatever filing fee you paid, and your creditors will be able to resume collection activities against you. If your case is dismissed and you file another bankruptcy case later, you may be required to pay a second filing fee and you may have to take extra steps to stop creditors' collection activities.**

*Every individual debtor must file this Exhibit D. If a joint petition is filed, each spouse must complete and file a separate Exhibit D. Check one of the five statements below and attach any documents as directed.*

☑ 1. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, and I have a certificate from the agency describing the services provided to me. *Attach a copy of the certificate and a copy of any debt repayment plan developed through the agency.*

☐ 2. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, but I do not have a certificate from the agency describing the services provided to me. *You must file a copy of a certificate from the agency describing the services provided to you and a copy of any debt repayment plan developed through the agency no later than 14 days after your bankruptcy case is filed.*

☐ 3. I certify that I requested credit counseling services from an approved agency but was unable to obtain the services during the seven days from the time I made my request, and the following exigent circumstances merit a temporary waiver of the credit counseling requirement so I can file my bankruptcy case now. *[Summarize exigent circumstances here.]*

**If your certification is satisfactory to the court, you must still obtain the credit counseling briefing within the first 30 days after you file your bankruptcy petition and promptly file a certificate from the agency that provided the counseling, together with a copy of any debt management plan developed through the agency. Failure to fulfill these requirements may result in dismissal of your case. Any extension of the 30-day deadline can be granted only for cause and is limited to a maximum of 15 days. Your case may also be dismissed if the court is not satisfied with your reasons for filing your bankruptcy case without first receiving a credit counseling briefing.**

☐ 4. I am not required to receive a credit counseling briefing because of: *[Check the applicable statement.] [Must be accompanied by a motion for determination by the court.]*

    ☐ Incapacity. (Defined in 11 U.S.C. § 109(h)(4) as impaired by reason of mental illness or mental deficiency so as to be incapable of realizing and making rational decisions with respect to financial responsibilities.);

    ☐ Disability. (Defined in 11 U.S.C. § 109(h)(4) as physically impaired to the extent of being unable, after reasonable effort, to participate in a credit counseling briefing in person, by telephone, or through the Internet.);

    ☐ Active military duty in a military combat zone.

☐ 5. The United States trustee or bankruptcy administrator has determined that the credit counseling requirement of 11 U.S.C. § 109(h) does not apply in this district.

**I certify under penalty of perjury that the information provided above is true and correct.**

Signature of Debtor: ***/s/ Jeremy M McGann*** _____

Date: **January 30, 2014** _____

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6 Summary (Official Form 6 - Summary) (12/13)

# United States Bankruptcy Court
## Western District of Virginia

**IN RE:**                                                                    Case No. _____

McGann, Christy A & McGann, Jeremy M                                Chapter **7**_____
                    Debtor(s)

## SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors also must complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | $ 100,000.00 | | |
| B - Personal Property | Yes | 3 | $ 16,847.00 | | |
| C - Property Claimed as Exempt | Yes | 1 | | | |
| D - Creditors Holding Secured Claims | Yes | 2 | | $ 120,801.00 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | Yes | 1 | | $ 0.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 18 | | $ 66,762.00 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 1 | | | |
| I - Current Income of Individual Debtor(s) | Yes | 3 | | | $ 6,460.53 |
| J - Current Expenditures of Individual Debtor(s) | Yes | 6 | | | $ 6,448.00 |
| TOTAL | | 37 | $ 116,847.00 | $ 187,563.00 | |

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B 6 Summary (Official Form 6 - Summary) (12/13)

## United States Bankruptcy Court
### Western District of Virginia

IN RE:                                                    Case No. _____

**McGann, Christy A & McGann, Jeremy M**                 Chapter **7** _____
<div style="text-align:center">Debtor(s)</div>

## STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C. § 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

☐ Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | $ 0.00 |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | $ 0.00 |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | $ 0.00 |
| Student Loan Obligations (from Schedule F) | $ 0.00 |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | $ 0.00 |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | $ 0.00 |
| **TOTAL** | $ 0.00 |

**State the following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 12) | $ 6,460.53 |
| Average Expenses (from Schedule J, Line 22) | $ 6,448.00 |
| Current Monthly Income (from Form 22A Line 12; **OR**, Form 22B Line 11; **OR**, Form 22C Line 20 ) | $ 7,100.38 |

**State the following:**

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | $ 20,801.00 |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column. | $ 0.00 | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | $ 0.00 |
| 4. Total from Schedule F | | $ 66,762.00 |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | $ 87,563.00 |

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6A (Official Form 6A) (12/07)

IN RE **McGann, Christy A & McGann, Jeremy M**          Case No. _____
_____          (If known)
Debtor(s)

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether the husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim."

If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| DESCRIPTION AND LOCATION OF PROPERTY | NATURE OF DEBTOR'S INTEREST IN PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION | AMOUNT OF SECURED CLAIM |
|---|---|---|---|---|
| **Primary Residence at:**<br>**3012 Winterberry Avenue**<br>**Covington, VA  24426**<br><br>**Two tracks tax appraised $110,000 and $2,100.** | **legal** | **H** | **100,000.00** | **120,801.00** |
| | | **TOTAL** | **100,000.00** | |

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

(Report also on Summary of Schedules)

B6B (Official Form 6B) (12/07)

IN RE **McGann, Christy A & McGann, Jeremy M** _____ Case No. _____
<br>Debtor(s)                                                              (If known)

## SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether the husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property." If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 1. Cash on hand. | | **cash husband** | H | 45.00 |
| | | **Cash wife** | W | 120.00 |
| 2. Checking, savings or other financial accounts, certificates of deposit or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **checking/savings husband** | H | 30.00 |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4. Household goods and furnishings, include audio, video, and computer equipment. | | **Household goods husband** | H | 1,550.00 |
| | | **Household goods wife** | W | 1,250.00 |
| 5. Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6. Wearing apparel. | | **Clothes husband** | H | 200.00 |
| | | **Clothes wife** | W | 200.00 |
| 7. Furs and jewelry. | X | | | |
| 8. Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9. Interest in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. Annuities. Itemize and name each issue. | X | | | |
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | | **Retirement husband 401K** | H | 2,627.00 |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6B (Official Form 6B) (12/07) - Cont.

IN RE <u>McGann, Christy A & McGann, Jeremy M</u>                     Case No. _____
                            Debtor(s)                                                                                    (If known)

## SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and non-negotiable instruments. | X | | | |
| 16. Accounts receivable. | X | | | |
| 17. Alimony, maintenance, support, and property settlements in which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interest, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | | 2013 tax refund co-debtor | H | 1,000.00 |
| | | 2013 tax refund debtor | W | 4,300.00 |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | 2000 Chev Cavalear 191000 miles; NADA clean retail $3100; NADA ave trade-in $1125; FMV $1125 | H | 1,125.00 |
| | | 2010 Polaris 500 | J | 4,000.00 |
| | | utility trailer 2009 | H | 400.00 |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | X | | | |
| 29. Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**B6B (Official Form 6B) (12/07) - Cont.**

IN RE <u>McGann, Christy A & McGann, Jeremy M</u>                                    Case No. _____
<div align="center">Debtor(s)</div>                                                                          (If known)

<div align="center">

## SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

</div>

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | | **Timeshare, maintenance fees, all other fees and costs** | **H** | **unknown** |
| | | | **TOTAL** | **16,847.00** |

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

(Include amounts from any continuation sheets attached.
Report total also on Summary of Schedules.)

_____ **0** continuation sheets attached

B6C (Official Form 6C) (04/13)

IN RE **McGann, Christy A & McGann, Jeremy M**                          Case No. _____
‎                    Debtor(s)                                                                              (If known)

## SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor elects the exemptions to which debtor is entitled under:          ☐ Check if debtor claims a homestead exemption that exceeds $155,675. *
(Check one box)
‎    ☐ 11 U.S.C. § 522(b)(2)
‎    ☑ 11 U.S.C. § 522(b)(3)

| DESCRIPTION OF PROPERTY | SPECIFY LAW PROVIDING EACH EXEMPTION | VALUE OF CLAIMED EXEMPTION | CURRENT VALUE OF PROPERTY WITHOUT DEDUCTING EXEMPTIONS |
|---|---|---|---|
| **SCHEDULE B - PERSONAL PROPERTY** | | | |
| cash husband | CV § 34-4 | 45.00 | 45.00 |
| Cash wife | CV § 34-4 | 120.00 | 120.00 |
| checking/savings husband | CV § 34-4 | 30.00 | 30.00 |
| Household goods husband | CV § 34-26(4a) | 1,550.00 | 1,550.00 |
| Household goods wife | CV § 34-26(4a) | 1,250.00 | 1,250.00 |
| Clothes husband | CV § 34-26(4) | 200.00 | 200.00 |
| Clothes wife | CV § 34-26(4) | 200.00 | 200.00 |
| Retirement husband 401K | CV § 34-34 | 2,627.00 | 2,627.00 |
| 2013 tax refund co-debtor | CV § 34-4 | 1,000.00 | 1,000.00 |
| 2013 tax refund debtor | CV § 34-4 | 4,300.00 | 4,300.00 |
| 2000 Chev Cavalear 191000 miles; NADA clean retail $3100; NADA ave trade-in $1125; FMV $1125 | CV § 34-26(8) | 1,125.00 | 1,125.00 |
| 2010 Polaris 500 | CV § 34-26(8) | 3,999.00 | 4,000.00 |
| | CV § 34-4 | 1.00 | |
| utility trailer 2009 | CV § 34-4 | 400.00 | 400.00 |

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

*Amount subject to adjustment on 4/1/16 and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

B6D (Official Form 6D) (12/07)

IN RE McGann, Christy A & McGann, Jeremy M     Case No. _____

               Debtor(s)                                                  (If known)

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is the creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H – Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim Without Deducting Value of Collateral" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion, if Any" on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **1634**<br><br>**Bank Of America, N.a.**<br>**201 N Tryon St**<br>**Charlotte, NC  28202** | | H | **INSTALLMENT ACCOUNT OPENED 3/2008**<br><br>VALUE $ | | | | **unknown** | |
| ACCOUNT NO.<br><br>**Bank Of America**<br>**PO Box 982236**<br>**El Paso, TX  79998-2236** | | | **Assignee or other notification for:**<br>**Bank Of America, N.a.**<br><br>VALUE $ | | | | | |
| ACCOUNT NO. **2578**<br><br>**Chase**<br>**Po Box 24696**<br>**Columbus, OH  43224** | | H | **MORTGAGE ACCOUNT OPENED 2/2006**<br><br>VALUE $ **100,000.00** | | | | **108,801.00** | **8,801.00** |
| ACCOUNT NO. **2334**<br><br>**Chase Manhattan Mtge**<br>**Po Box 24696**<br>**Columbus, OH  43224** | | H | **MORTGAGE ACCOUNT OPENED 5/2002**<br><br>VALUE $ | | | | **unknown** | |

_____**1** continuation sheets attached

| | | |
|---|---|---|
| Subtotal (Total of this page) | $ **108,801.00** | $ **8,801.00** |
| Total (Use only on last page) | $ | $ |
| | (Report also on Summary of Schedules.) | (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.) |

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6D (Official Form 6D) (12/07) - Cont.

IN RE **McGann, Christy A & McGann, Jeremy M**　　　　　　　　Case No. _____
　　　　　　　　　　　Debtor(s)　　　　　　　　　　　　　　　　　　　　(If known)

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br> **Chase Manhattan Mortga** <br> **Attn: Bankruptcy Dept** <br> **3415 Vision Dr** <br> **Columbus, OH  43219-6009** | | | **Assignee or other notification for:** **Chase Manhattan Mtge** <br><br> VALUE $ | | | | | |
| ACCOUNT NO. **8880** <br> **Dupont Community Credi** <br> **140 Lucy Ln** <br> **Waynesboro, VA  22980** | | H | **MORTGAGE ACCOUNT OPENED 4/2005** <br><br> VALUE $ | | | | **unknown** | |
| ACCOUNT NO. <br> **Dupont Community Credit Union** <br> **PO Box 1365** <br> **Waynesboro, VA  22980-0923** | | | **Assignee or other notification for:** **Dupont Community Credi** <br><br> VALUE $ | | | | | |
| ACCOUNT NO. **0789** <br> **Empire Acceptance Co, Inc** <br> **PO Box 18245** <br> **Greensboro, NC  27419-8245** | X | J | **goods purchased** <br><br> VALUE $ **100,000.00** | | | | **12,000.00** | **12,000.00** |
| ACCOUNT NO. <br><br><br> | | | VALUE $ | | | | | |
| ACCOUNT NO. <br><br><br> | | | VALUE $ | | | | | |

Sheet no. _____**1**_____ of _____**1**_____ continuation sheets attached to
Schedule of Creditors Holding Secured Claims

Subtotal (Total of this page) $ **12,000.00** | $ **12,000.00**

Total (Use only on last page) $ **120,801.00** | $ **20,801.00**

(Report also on Summary of Schedules.) (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.)

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6E (Official Form 6E) (04/13)

IN RE **McGann, Christy A & McGann, Jeremy M** _____ Case No. _____
                         Debtor(s)                                              (If known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts not entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☑ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

TYPES OF PRIORITY CLAIMS (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic Support Obligations**
Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**
Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**
Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $12,475* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**
Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**
Claims of certain farmers and fishermen, up to $6,150* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**
Claims of individuals up to $2,775* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

☐ **Taxes and Certain Other Debts Owed to Governmental Units**
Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to Maintain the Capital of an Insured Depository Institution**
Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for Death or Personal Injury While Debtor Was Intoxicated**
Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

* Amounts are subject to adjustment on 4/01/16, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

_____ **0** continuation sheets attached

B6F (Official Form 6F) (12/07)

IN RE <u>McGann, Christy A & McGann, Jeremy M</u>      Case No. _____
<div align="center">Debtor(s)                                                    (If known)</div>

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured nonpriority claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **1839**<br><br>**Alcoa Billing Ctr**<br>**3429 Regal Dr**<br>**Alcoa, TN  37701-3265** | | W | **med svcs** | | | | **443.00** |
| ACCOUNT NO.<br><br>**Alleghany Regional Hospital**<br>**Patient Account Services**<br>**PO Box 13620**<br>**Richmond, VA  23225** | | W | **med svcs judgment GV12001139-00 Alleghany GDC** | | | | **2,400.00** |
| ACCOUNT NO.<br><br>**Alleghany GDC**<br>**Civil Division**<br>**Po Box 139**<br>**Covington, VA  24426** | | | **Assignee or other notification for:**<br>**Alleghany Regional Hospital** | | | | |
| ACCOUNT NO.<br><br>**Cawthorn, Picard, Rowe, Deskevich &Gavin**<br>**9701 Metropolitan Ct Ste C**<br>**North Chesterfield, VA  23236-3690** | | | **Assignee or other notification for:**<br>**Alleghany Regional Hospital** | | | | |

__**17**__ continuation sheets attached

|  | Subtotal<br>(Total of this page) | $ | **2,843.00** |
|---|---|---|---|
|  | Total<br>(Use only on last page of the completed Schedule F. Report also on the Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) | $ | |

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE McGann, Christy A & McGann, Jeremy M _____ Case No. _____
                            Debtor(s)                                                              (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.**<br>**Lewis Gale Hospital Alleghany**<br>**1 Alleghany Reg Hosp Ln**<br>**Low Moor, VA 24457** | | | Assignee or other notification for:<br>**Alleghany Regional Hospital** | | | | |
| **ACCOUNT NO. 0345**<br>**Augusta Health**<br>**PO Box 1000**<br>**Fisherville, VA 22939** | | H | med svcs 4/7/13 | | | | **932.00** |
| **ACCOUNT NO. 3839**<br>**Blue Ridge Radiologists**<br>**401 Commerce Rd, Ste 413**<br>**Staunton, VA 24401** | | H | med svcs | | | | **22.00** |
| **ACCOUNT NO.**<br>**Business Revenye Systems Inc**<br>**Po Box 13077**<br>**Des Moines, IA 50310-0077** | | | Assignee or other notification for:<br>**Blue Ridge Radiologists** | | | | |
| **ACCOUNT NO. 5770**<br>**Cac Financial Corp**<br>**2601 Nw Expwy**<br>**Oklahoma City, OK 73112** | | H | OPEN ACCOUNT OPENED 9/2013 | | | | **52.00** |
| **ACCOUNT NO.**<br>**Salem Hospitalsts LLC**<br>**3 Maryland Farms Ste 250**<br>**Brentwood, TN 37027-5053** | | | Assignee or other notification for:<br>**Cac Financial Corp** | | | | |
| **ACCOUNT NO. unts**<br>**CAC Financial Corp**<br>**2601 New Expressway, Suite 1000 East**<br>**Oklahoma City, OK 73112-7236** | | H | collection on all accounts Salem Hospitalists LLC & Lewis Gale Physicians | | | | **97.00** |

Sheet no. _____**1**_____ of _____**17**_____ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ **1,103.00**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $ _____

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE McGann, Christy A & McGann, Jeremy M _____ Case No. _____
                                  Debtor(s)                                     (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **7858**<br>**Cap One**<br>**Attn: Bankruptcy Dept**<br>**PO Box 30285**<br>**Salt Lake City, UT 84130-0285** | | H | **REVOLVING ACCOUNT OPENED 11/2010** | | | | **319.00** |
| ACCOUNT NO.<br>**Capital 1 Bank**<br>**Attn: Bankruptcy Dept.**<br>**PO Box 30285**<br>**Salt Lake City, UT 84130-0285** | | | **Assignee or other notification for:**<br>**Cap One** | | | | |
| ACCOUNT NO. **6285**<br>**Cap One**<br>**Attn: Bankruptcy Dept**<br>**PO Box 30285**<br>**Salt Lake City, UT 84130-0285** | | H | **REVOLVING ACCOUNT OPENED 10/2008** | | | | **2,221.00** |
| ACCOUNT NO.<br>**Capital 1 Bank**<br>**Attn: Bankruptcy Dept.**<br>**PO Box 30285**<br>**Salt Lake City, UT 84130-0285** | | | **Assignee or other notification for:**<br>**Cap One** | | | | |
| ACCOUNT NO. **8147**<br>**Cap One**<br>**Po Box 85520**<br>**Richmond, VA 23285** | | W | **REVOLVING ACCOUNT OPENED 3/2007** | | | | **unknown** |
| ACCOUNT NO.<br>**Capital 1 Bank**<br>**Attn: Bankruptcy Dept.**<br>**PO Box 30285**<br>**Salt Lake City, UT 84130-0285** | | | **Assignee or other notification for:**<br>**Cap One** | | | | |
| ACCOUNT NO. **7734**<br>**Cap One**<br>**Attn: Bankruptcy Dept**<br>**PO Box 30285**<br>**Salt Lake City, UT 84130-0285** | | H | **REVOLVING ACCOUNT OPENED 4/2009** | | | | **6,239.00** |

Sheet no. ____**2**___ of ____**17**___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

                                  Subtotal
          (Total of this page) $ **8,779.00**

                                    Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE McGann, Christy A & McGann, Jeremy M _____ Case No. _____
                                               Debtor(s)                                           (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**Stoneleigh Recovery Associates, LLC**<br>**PO Box 1479**<br>**Lombard, IL  60148-8479** | | | **Assignee or other notification for:**<br>**Cap One** | | | | |
| ACCOUNT NO. **0620**<br>**Cawthorn, Picard, Rowe, Deskevich &Gavin**<br>**8310 Midlothian Turnpike**<br>**Richmond, VA  23235** | | W | **collection on med svcs** | | | | **2,403.00** |
| ACCOUNT NO.<br>**Lewis Gale Hospital Alleghany**<br>**1 Alleghany Reg Hosp Ln**<br>**Low Moor, VA  24457** | | | **Assignee or other notification for:**<br>**Cawthorn, Picard, Rowe, Deskevich &Gavin** | | | | |
| ACCOUNT NO.<br>**Focused Recovery Solutions, Inc**<br>**9701 Metropolitan Court, Ste B**<br>**Richmond, VA  23236** | | | **Assignee or other notification for:**<br>**Cawthorn, Picard, Rowe, Deskevich &Gavin** | | | | |
| ACCOUNT NO. **3801**<br>**Credit Coll/usa**<br>**16 Distributor Dr Ste 1**<br>**Morgantown, WV  26501** | | W | **OPEN ACCOUNT OPENED 4/2012** | | | | **144.00** |
| ACCOUNT NO.<br>**Lumos Networks**<br>**342 N Court Ave**<br>**Covington, VA  24426-1204** | | | **Assignee or other notification for:**<br>**Credit Coll/usa** | | | | |
| ACCOUNT NO. **5556**<br>**Credit Collections USA**<br>**256 Greenbag Rd, Suite 1**<br>**Po Box 873**<br>**Morgantown, WV  26507-0873** | | H | **OPEN ACCOUNT OPENED 0/** | | | | **150.00** |

Sheet no. _____**3**__ of _____**17**_____ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

                                   Subtotal
                     (Total of this page)  $  **2,697.00**

                                      Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)  $

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE <u>McGann, Christy A & McGann, Jeremy M</u>                    Case No. _____
       Debtor(s)                   (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**Credit Collections USA**<br>**16 Distributor Drive, Suite 1**<br>**Morgantown, WV  26501** | | | **Assignee or other notification for:**<br>**Credit Collections USA** | | | | |
| ACCOUNT NO. **7082**<br>**Creditors Collection S**<br>**Only By Phone**<br>**Na, VA  24018** | | W | **OPEN ACCOUNT OPENED 4/2009** | | | | **153.00** |
| ACCOUNT NO.<br>**WVVA Healthcare Alliance**<br>**Po Box 457**<br>**Wht Sulphur Springs, WV  24986** | | | **Assignee or other notification for:**<br>**Creditors Collection S** | | | | |
| ACCOUNT NO. **2192**<br>**Creditors Collection S**<br>**Only By Phone**<br>**Na, VA  24018** | | W | **OPEN ACCOUNT OPENED 1/2013** | | | | **274.00** |
| ACCOUNT NO.<br>**VA Highlands Radiology**<br>**3220 Longdale Furnace Rd**<br>**Clifton Forge, VA  24422-3406** | | | **Assignee or other notification for:**<br>**Creditors Collection S** | | | | |
| ACCOUNT NO. **6134**<br>**Creditors Collection S**<br>**Only By Phone**<br>**Na, VA  24018** | | W | **OPEN ACCOUNT OPENED 11/2009** | | | | **27.00** |
| ACCOUNT NO.<br>**Alleghany Ear Nose Throat**<br>**Alleghany Highlands Medical Ctr Ste 103**<br>**Low Moor, VA  24457** | | | **Assignee or other notification for:**<br>**Creditors Collection S** | | | | |

Sheet no. ____**4**____ of ____**17**____ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $    **454.00**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE **McGann, Christy A & McGann, Jeremy M** _____  Case No. _____
                         Debtor(s)                                            (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **8600**<br>**Creditors Collection Service**<br>**PO Box 21504**<br>**Roanoke, VA  24018-0152** | | W | **OPEN ACCOUNT OPENED 12/2012** | | | | **628.00** |
| ACCOUNT NO.<br>**WVVA Healthcare Alliance**<br>**Po Box 457**<br>**Wht Sulphur Springs, WV  24986** | | | **Assignee or other notification for:**<br>**Creditors Collection Service** | | | | |
| ACCOUNT NO. **2892**<br>**Creditors Collection Service**<br>**PO Box 21504**<br>**Roanoke, VA  24018-0152** | | H | **OPEN ACCOUNT OPENED 9/2012** | | | | **unknown** |
| ACCOUNT NO.<br>**Alleghany Ear Nose Throat**<br>**Alleghany Highlands Medical Ctr Ste 103**<br>**Low Moor, VA  24457** | | | **Assignee or other notification for:**<br>**Creditors Collection Service** | | | | |
| ACCOUNT NO. **0604**<br>**Creditors Collection Service**<br>**PO Box 21504**<br>**Roanoke, VA  24018-0152** | | W | **OPEN ACCOUNT OPENED 8/2010** | | | | **51.00** |
| ACCOUNT NO.<br>**Alleghany Anesthesia Assoc**<br>**Po Box 8310**<br>**Roanoke, VA  24014** | | | **Assignee or other notification for:**<br>**Creditors Collection Service** | | | | |
| ACCOUNT NO. **1663**<br>**Creditors Collection Service**<br>**PO Box 21504**<br>**Roanoke, VA  24018-0152** | | W | **collection on med debt** | | | | **628.00** |

Sheet no. _____ **5** of _____ **17** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)  $ **1,307.00**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)  $ _____

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE  McGann, Christy A & McGann, Jeremy M _____  Case No. _____
              Debtor(s)                                        (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br> **WVVA Healthcare Alliance** <br> **Po Box 457** <br> **Wht Sulphur Springs, WV  24986** | | | Assignee or other notification for: <br> **Creditors Collection Service** | | | | |
| ACCOUNT NO. **1774** <br> **Deca Financial Service** <br> **12175 Visionary Way** <br> **Fishers, IN  46038** | | H | **OPEN ACCOUNT OPENED 6/2013** | | | | 56.00 |
| ACCOUNT NO. <br> **Shenandoah Emergency Med Speciali** <br> **78 Medical Dirve** <br> **Fishersville, VA  22939** | | | Assignee or other notification for: <br> **Deca Financial Service** | | | | |
| ACCOUNT NO. **9140** <br> **Dell Financial Services** <br> **C/O DFS Customer Care Dept.** <br> **Po Box 81577** <br> **Austin, TX  81577** | | H | **revolving account** | | | | 1,186.00 |
| ACCOUNT NO. **3063** <br> **Dish Network** <br> **Dept 0063** <br> **Palatine, IL  60055-0063** | | W | **revolving account** | | | | 30.00 |
| ACCOUNT NO. **8872** <br> **Dupont Community Credi** <br> **140 Lucy Ln** <br> **Waynesboro, VA  22980** | | H | **INSTALLMENT ACCOUNT OPENED 11/2004; all accounts** | | | | unknown |
| ACCOUNT NO. <br> **Dupont Community Credit Union** <br> **PO Box 1365** <br> **Waynesboro, VA  22980-0923** | | | Assignee or other notification for: <br> **Dupont Community Credi** | | | | |

Sheet no. ____**6**____ of ____**17**____ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ **1,272.00**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $ _____

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE **McGann, Christy A & McGann, Jeremy M** _____  Case No. _____
<span style="margin-left:120px">Debtor(s)</span> <span style="margin-left:400px">(If known)</span>

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

<div style="writing-mode: vertical">© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only</div>

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **8871**<br>**Dupont Community Credi**<br>**140 Lucy Ln**<br>**Waynesboro, VA  22980** | | H | **INSTALLMENT ACCOUNT OPENED 8/2003** | | | | **unknown** |
| ACCOUNT NO.<br>**Dupont Community Credit Union**<br>**PO Box 1365**<br>**Waynesboro, VA  22980-0923** | | | **Assignee or other notification for:**<br>**Dupont Community Credi** | | | | |
| ACCOUNT NO. **8870**<br>**Dupont Community Credi**<br>**140 Lucy Ln**<br>**Waynesboro, VA  22980** | | H | **INSTALLMENT ACCOUNT OPENED 1/2003** | | | | **unknown** |
| ACCOUNT NO.<br>**Dupont Community Credit Union**<br>**PO Box 1365**<br>**Waynesboro, VA  22980-0923** | | | **Assignee or other notification for:**<br>**Dupont Community Credi** | | | | |
| ACCOUNT NO. **8873**<br>**Dupont Community Credi**<br>**140 Lucy Ln**<br>**Waynesboro, VA  22980** | | H | **INSTALLMENT ACCOUNT OPENED 7/2005** | | | | **unknown** |
| ACCOUNT NO.<br>**Dupont Community Credit Union**<br>**PO Box 1365**<br>**Waynesboro, VA  22980-0923** | | | **Assignee or other notification for:**<br>**Dupont Community Credi** | | | | |
| ACCOUNT NO. **8537**<br>**Dupont Community CU**<br>**Po Box 1365**<br>**Waynesboro, VA  22980** | | H | **REVOLVING ACCOUNT OPENED 10/2004** | | | | **unknown** |

Sheet no. _____ **7** of _____ **17** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

<div style="text-align:right">

Subtotal
(Total of this page) $ _____

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $ _____

</div>

B6F (Official Form 6F) (12/07) - Cont.

IN RE **McGann, Christy A & McGann, Jeremy M**                          Case No. _____
                     Debtor(s)                                                                                        (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**First National Collection Bureau, Inc**<br>**610 Waltham Way**<br>**Sparks, NV  89434** | | W | collection on revolving account | | | | **1,711.00** |
| ACCOUNT NO.<br>**LVNV Funding**<br>**Po Box 10497**<br>**Greenville, SC  29603** | | | Assignee or other notification for:<br>**First National Collection Bureau, Inc** | | | | |
| ACCOUNT NO. **0782**<br>**Focused Recovery Solut**<br>**9701 Metropolitan Ct Ste**<br>**North Chesterfield, VA  23236** | | W | OPEN ACCOUNT OPENED 8/2013 | | | | **210.00** |
| ACCOUNT NO.<br>**Alleghany Regional Hospital**<br>**Patient Account Services**<br>**PO Box 13620**<br>**Richmond, VA  23225** | | | Assignee or other notification for:<br>**Focused Recovery Solut** | | | | |
| ACCOUNT NO.<br>**Lewis Gale Hospital Alleghany**<br>**1 Alleghany Reg Hosp Ln**<br>**Low Moor, VA  24457** | | | Assignee or other notification for:<br>**Focused Recovery Solut** | | | | |
| ACCOUNT NO. **8636**<br>**Focused Recovery Solut**<br>**9701 Metropolitan Ct Ste**<br>**North Chesterfield, VA  23236** | | W | OPEN ACCOUNT OPENED 1/2013 | | | | **2,403.00** |
| ACCOUNT NO.<br>**Alleghany Regional Hospital**<br>**Patient Account Services**<br>**PO Box 13620**<br>**Richmond, VA  23225** | | | Assignee or other notification for:<br>**Focused Recovery Solut** | | | | |

Sheet no. _____**8** of _____**17** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $    **4,324.00**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)   $

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE **McGann, Christy A & McGann, Jeremy M** _____ Case No. _____
<div align="center">Debtor(s)</div> <div align="right">(If known)</div>

<div align="center">

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

</div>

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br> **Alleghany GDC** <br> **Civil Division** <br> **Po Box 139** <br> **Covington, VA  24426** | | | **Assignee or other notification for:** <br> **Focused Recovery Solut** | | | | |
| ACCOUNT NO. <br> **Lewis Gale Hospital Alleghany** <br> **1 Alleghany Reg Hosp Ln** <br> **Low Moor, VA  24457** | | | **Assignee or other notification for:** <br> **Focused Recovery Solut** | | | | |
| ACCOUNT NO. **5561** <br> **Focused Recovery Solut** <br> **9701 Metropolitan Ct Ste** <br> **North Chesterfield, VA  23236** | | H | **UNKNOWN ACCOUNT OPENED 9/2013** | | | | **2,047.00** |
| ACCOUNT NO. <br> **Lewis Gale Hospital Alleghany** <br> **1 Alleghany Reg Hosp Ln** <br> **Low Moor, VA  24457** | | | **Assignee or other notification for:** <br> **Focused Recovery Solut** | | | | |
| ACCOUNT NO. **3063** <br> **G C Services** <br> **6330 Gulfton** <br> **Houston, TX  77081** | | W | **OPEN ACCOUNT OPENED 7/2013** | | | | **770.00** |
| ACCOUNT NO. <br> **Dish Network** <br> **9601 South Meridian Blvd** <br> **Englewood, CO  80112** | | | **Assignee or other notification for:** <br> **G C Services** | | | | |
| ACCOUNT NO. **5455** <br> **GE Capital Retail Bank** <br> **Attn: Bankruptcy** <br> **Po Box 103106** <br> **Roswell, GA  30076** | | H | **REVOLVING ACCOUNT OPENED 6/2011** | | | | **unknown** |

Sheet no. _____ **9** of _____ **17** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

<div align="right">

Subtotal
(Total of this page)  $  **2,817.00**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)  $

</div>

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE **McGann, Christy A & McGann, Jeremy M**                    Case No. _____
_____
Debtor(s)                                                                                (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**Gecrb/care Credit**<br>**Attn: bankruptcy**<br>**PO Box 103104**<br>**Roswell, GA  30076-9104** | | | **Assignee or other notification for:**<br>**GE Capital Retail Bank** | | | | |
| ACCOUNT NO. **5869**<br>**GE Capital Retail Bank**<br>**Attn: Bankruptcy**<br>**Po Box 103104**<br>**Roswell, GA  30076** | | H | **REVOLVING ACCOUNT OPENED 4/2010** | | | | **5,094.00** |
| ACCOUNT NO.<br>**GE Capital Retail Bank**<br>**Attn: Bankruptcy**<br>**Po Box 103104**<br>**Roswell, GA  30076** | | | **Assignee or other notification for:**<br>**GE Capital Retail Bank** | | | | |
| ACCOUNT NO. **5869**<br>**GECRB**<br>**Po Box 103104**<br>**Roswell, GA  30076** | | H | **installment account Grand Home Furnishings** | | | | **4,474.00** |
| ACCOUNT NO.<br>**Allied Interstate**<br>**3000 Corporate Exchange Dr, 5th Fl**<br>**Columbas, OH  43231** | | | **Assignee or other notification for:**<br>**GECRB** | | | | |
| ACCOUNT NO. **6093**<br>**Gecrb/lowes**<br>**Po Box 965005**<br>**Orlando, FL  32896** | | H | **REVOLVING ACCOUNT OPENED 2/2009** | | | | **829.00** |
| ACCOUNT NO.<br>**Gecrb/lowes**<br>**Attention:  Bankruptcy Department**<br>**PO Box 103104**<br>**Roswell, GA  30076-9104** | | | **Assignee or other notification for:**<br>**Gecrb/lowes** | | | | |

Sheet no. _____**10**___ of _____**17**___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

| | Subtotal<br>(Total of this page) | $ | **10,397.00** |
|---|---|---|---|
| | Total<br>(Use only on last page of the completed Schedule F. Report also on the Summary of Schedules, and if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) | $ | |

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE **McGann, Christy A & McGann, Jeremy M**
_____    Case No. _____
    Debtor(s)                   (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**GE Capital Retail Bank**<br>**Attn: Bankruptcy**<br>**Po Box 103106**<br>**Roswell, GA  30076** | | | Assignee or other notification for:<br>Gecrb/lowes | | | | |
| ACCOUNT NO.<br>**Portfolio Recovery Ass, Llc**<br>**Po Box 12914**<br>**Norfolk, VA  23541** | | | Assignee or other notification for:<br>Gecrb/lowes | | | | |
| ACCOUNT NO. **8492**<br>**Gecrb/sams Club**<br>**Po Box 965005**<br>**Orlando, FL  32896** | | H | **REVOLVING ACCOUNT OPENED 9/2009** | | | | **2,342.00** |
| ACCOUNT NO.<br>**Sams Club / Gemb**<br>**Attention:  Bankruptcy Department**<br>**PO Box 103104**<br>**Roswell, GA  30076-9104** | | | Assignee or other notification for:<br>Gecrb/sams Club | | | | |
| ACCOUNT NO.<br>**Firstsource Advantage LLC**<br>**205 Bryant Woods S**<br>**Amherst, NY  14228-3609** | | | Assignee or other notification for:<br>Gecrb/sams Club | | | | |
| ACCOUNT NO. **0298**<br>**Gecrb/walmart**<br>**Po Box 965024**<br>**El Paso, TX  79998** | | H | **REVOLVING ACCOUNT OPENED 5/2008** | | | | **1,181.00** |
| ACCOUNT NO.<br>**Gemb/walmart**<br>**Attn: Bankruptcy**<br>**PO Box 103104**<br>**Roswell, GA  30076-9104** | | | Assignee or other notification for:<br>Gecrb/walmart | | | | |

Sheet no. ____**11**____ of ____**17**____ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

               Subtotal
           (Total of this page)  $ **3,523.00**

               Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)  $

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE **McGann, Christy A & McGann, Jeremy M** _____    Case No. _____
                        <u>Debtor(s)</u>                                                              (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**GE Capital Retail Bank**<br>**Attn: Bankruptcy**<br>**Po Box 103106**<br>**Roswell, GA  30076** | | | **Assignee or other notification for:**<br>**Gecrb/walmart** | | | | |
| ACCOUNT NO.<br>**Client Services Inc**<br>**3451 Harry S Truman Blvd**<br>**St Charles, MO  63301-4047** | | | **Assignee or other notification for:**<br>**Gecrb/walmart** | | | | |
| ACCOUNT NO.<br>**Gerald Franson**<br>**101 N Maple Ave**<br>**Covington, VA  24426-1544** | | W | **judgment GV12001139-00 Alleghany GDC** | | | | **1,000.00** |
| ACCOUNT NO.<br>**Alleghany GDC**<br>**Civil Division**<br>**Po Box 139**<br>**Covington, VA  24426** | | | **Assignee or other notification for:**<br>**Gerald Franson** | | | | |
| ACCOUNT NO. **214E**<br>**Kings Creek Plantation**<br>**5900 Pasteur Ct**<br>**Carlsbad, CA  92008-7330** | | H | **timeshare and maintenance fees** | | | | **unknown** |
| ACCOUNT NO. **0782**<br>**Lewis Gale Hospital Alleghany**<br>**1 Alleghany Reg Hosp Ln**<br>**Low Moor, VA  24457** | | W | **med svcs** | | | | **211.00** |
| ACCOUNT NO. **5561**<br>**Lewis Gale Hospital Alleghany**<br>**1 Alleghany Reg Hosp Ln**<br>**Low Moor, VA  24457** | | H | **med svcs 4/14/13** | | | | **2,048.00** |

Sheet no. ____**12**____ of ____**17**____ continuation sheets attached to          Subtotal
Schedule of Creditors Holding Unsecured Nonpriority Claims          (Total of this page) $ **3,259.00**

                                                                                          Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)                     $

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE **McGann, Christy A & McGann, Jeremy M**_____     Case No. _____
_____Debtor(s)_____                                                                                   (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**Focused Recovery Solutions, Inc**<br>**9701 Metropolitan Court, Ste B**<br>**Richmond, VA  23236** | | | Assignee or other notification for:<br>Lewis Gale Hospital Alleghany | | | | |
| ACCOUNT NO. **7086**<br>**Lewis Gale Physicians**<br>**3 Maryland Farms Ste 250**<br>**Brentwood, TN  37027-5053** | | H | med svcs 4/11-12/13 | | | | 46.00 |
| ACCOUNT NO. **1345**<br>**Lvnv Funding Llc**<br>**Po Box 10497**<br>**Greenville, SC  29603** | | W | OPEN ACCOUNT OPENED 4/2009 | | | | 1,858.00 |
| ACCOUNT NO.<br>**GE Capital Retail Bank**<br>**Attn: Bankruptcy**<br>**Po Box 103104**<br>**Roswell, GA  30076** | | | Assignee or other notification for:<br>Lvnv Funding Llc | | | | |
| ACCOUNT NO.<br>**GE Capital Retail Bank**<br>**Attn: Bankruptcy**<br>**Po Box 103104**<br>**Roswell, GA  30076** | | | Assignee or other notification for:<br>Lvnv Funding Llc | | | | |
| ACCOUNT NO.<br>**Malcolm M. Doubles**<br>**Weignat & Doubles, P.C.**<br>**PO Box 32**<br>**Fincastle, VA  24090-0032** | | H | payment due | | | | 1,000.00 |
| ACCOUNT NO. **3908**<br>**MedExpress**<br>**PO Box 7959**<br>**Belfast, ME  04915-7900** | | J | med svcs | | | | 158.00 |

Sheet no. ____**13**____ of ____**17**____ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $  **3,062.00**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)  $

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE McGann, Christy A & McGann, Jeremy M _____ Case No. _____
                                         Debtor(s)                                                        (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **6468** <br><br>**Nationwide Credit, Inc** <br>**PO Box 26314** <br>**Lehigh Valley, PA  18002-6314** | | H | collection on Direct TV account | | | | **652.00** |
| ACCOUNT NO. **7006** <br><br>**Nco Fin/51** <br>**Po Box 13574** <br>**Philadelphia, PA  19101** | | W | OPEN ACCOUNT OPENED 8/2013 | | | | **136.00** |
| ACCOUNT NO. <br><br>**Medexpress Urgent Care WV** <br>**1751 Earl Core Road** <br>**Morgantown, WV  26505** | | | Assignee or other notification for: <br>Nco Fin/51 | | | | |
| ACCOUNT NO. **3392** <br><br>**Nco Fin/51** <br>**Po Box 13574** <br>**Philadelphia, PA  19101** | | H | OPEN ACCOUNT OPENED 8/2013 | | | | **116.00** |
| ACCOUNT NO. <br><br>**Medexpress Urgent Care WV** <br>**1751 Earl Core Road** <br>**Morgantown, WV  26505** | | | Assignee or other notification for: <br>Nco Fin/51 | | | | |
| ACCOUNT NO. **86nt** <br><br>**RMS** <br>**77 Hartland St, Ste 401** <br>**Po Box 280431** <br>**East Hartford, CT  06128-0431** | | W | collection on debt | | | | **113.00** |
| ACCOUNT NO. **7086** <br><br>**Salem Hospitalsts LLC** <br>**3 Maryland Farms Ste 250** <br>**Brentwood, TN  37027-5053** | | H | med svcs 4/11-12/13 | | | | **97.00** |

Sheet no. _____**14** of _____**17** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

| | | |
|---|---|---|
| Subtotal (Total of this page) | $ | **1,114.00** |
| Total (Use only on last page of the completed Schedule F. Report also on the Summary of Schedules, and if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) | $ | |

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE McGann, Christy A & McGann, Jeremy M _____ Case No. _____
                                       Debtor(s)                                         (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**CAC Financial Corp**<br>**2601 New Expressway, Suite 1000 East**<br>**Oklahoma City, OK  73112-7236** | | | Assignee or other notification for:<br>**Salem Hospitalsts LLC** | | | | |
| ACCOUNT NO. **3936**<br>**StellarOne**<br>**Po Box 600**<br>**105 Arbor Dr**<br>**Christiansburg, VA  24068** | | W | charge off revolving account | | | | **550.00** |
| ACCOUNT NO. **6132**<br>**Thd/cbna**<br>**Po Box 6497**<br>**Sioux Falls, SD  57117** | | H | REVOLVING ACCOUNT OPENED 2/2007 | | | | **0.00** |
| ACCOUNT NO.<br>**Citibank Usa**<br>**Citicorp Credit Services/Attn:Centralize**<br>**PO Box 20507**<br>**Kansas City, MO  64195-0507** | | | Assignee or other notification for:<br>**Thd/cbna** | | | | |
| ACCOUNT NO. **6659**<br>**The Bureaus Inc**<br>**1717 Central St**<br>**Evanston, IL  60201** | | H | OPEN ACCOUNT OPENED 9/2013 | | | | **6,250.00** |
| ACCOUNT NO.<br>**Capital One**<br>**Attn: Bankruptcy**<br>**Po Box 30285**<br>**Salt Lake City, UT  84130-0285** | | | Assignee or other notification for:<br>**The Bureaus Inc** | | | | |
| ACCOUNT NO. **2001**<br>**Transworld Systems Inc**<br>**Collection Agency**<br>**507 Prudential Rd**<br>**Horsham, PA  19044-2308** | | W | collection on debt | | | | **222.00** |

Sheet no. _____ **15** of _____ **17** continuation sheets attached to                                                            Subtotal
Schedule of Creditors Holding Unsecured Nonpriority Claims                    (Total of this page)  $  **7,022.00**

                                                               Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)  $

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE McGann, Christy A & McGann, Jeremy M _____   Case No. _____
                        Debtor(s)                                                              (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br> **Transworld Systems Inc** <br> PO Box 264 <br> Millboro, VA  24460-0264 | | | **Assignee or other notification for:** Transworld Systems Inc | | | | |
| ACCOUNT NO. <br> **BARC Electric Cooperative** <br> Po Box 264 <br> Millboro, VA  24460-0264 | | | **Assignee or other notification for:** Transworld Systems Inc | | | | |
| ACCOUNT NO. **9014** <br> **United Collection Bureau, Inc** <br> 5620 Southwyck Blvd Suite 206 <br> Toledo, OH  43614 | | H | collection on citybank account | | | | 1,315.00 |
| ACCOUNT NO. **0947** <br> **VCS, Inc** <br> Po Box 83 <br> Staunton, VA  24402 | | H | collection on Blue Ridge Radiologist account | | | | 22.00 |
| ACCOUNT NO. **9140** <br> **Webbank/dfs** <br> 1 Dell Way <br> Round Rock, TX  78682 | | H | REVOLVING ACCOUNT OPENED 11/2010 | | | | 1,249.00 |
| ACCOUNT NO. <br> **Dell Financial Services** <br> Dell Financial Services Attn: Bankrupcty <br> PO Box 81577 <br> Austin, TX  78708-1577 | | | **Assignee or other notification for:** Webbank/dfs | | | | |
| ACCOUNT NO. **9108** <br> **WECCU Credit Union** <br> 347 N. Court Ave <br> Covington, VA  24426 | | H | INSTALLMENT ACCOUNT OPENED 6/2010 | | | | unknown |

Sheet no. __**16**__ of __**17**__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $  **2,586.00**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

B6F (Official Form 6F) (12/07) - Cont.

IN RE McGann, Christy A & McGann, Jeremy M                                        Case No. _____
                    Debtor(s)                                                                    (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **9473** <br> **Wfds/wds** <br> **Po Box 1697** <br> **Winterville, NC  28590** | X | J | **INSTALLMENT ACCOUNT OPENED 9/2010 sale of repossessed vehicle** | | | | **8,889.00** |
| ACCOUNT NO. <br> **Wfs Financial/wachovia Dealer Srvs** <br> **PO Box 6700** <br> **Rancho Cucamonga, CA  91729-6700** | | | **Assignee or other notification for: Wfds/wds** | | | | |
| ACCOUNT NO. <br> **Wells Fargo National Recovery Ctr** <br> **PO Box 25341** <br> **Santa Ana, CA  92799-5341** | | | **Assignee or other notification for: Wfds/wds** | | | | |
| ACCOUNT NO. <br> **CBHV** <br> **PO Box 3495** <br> **Toledo, OH  43607-0495** | | | **Assignee or other notification for: Wfds/wds** | | | | |
| ACCOUNT NO. **9014** <br> **Zale/cbna** <br> **Po Box 6497** <br> **Sioux Falls, SD  57117** | | H | **REVOLVING ACCOUNT OPENED 7/2011** | | | | **1,314.00** |
| ACCOUNT NO. <br> **Zale/cbsd** <br> **Attn.: Centralized  Bankruptcy** <br> **PO Box 20363** <br> **Kansas City, MO  64195-0363** | | | **Assignee or other notification for: Zale/cbna** | | | | |
| ACCOUNT NO. | | | | | | | |

Sheet no. _____**17**_____ of _____**17**_____ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ **10,203.00**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $ **66,762.00**

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**B6G (Official Form 6G) (12/07)**

IN RE <u>McGann, Christy A & McGann, Jeremy M</u>      Case No. _____
                                  Debtor(s)                                       (If known)

## SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

       Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests. State nature of debtor's interest in contract, i.e., "Purchaser," "Agent," etc. State whether debtor is the lessor or lessee of a lease. Provide the names and complete mailing addresses of all other parties to each lease or contract described. If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☑ Check this box if debtor has no executory contracts or unexpired leases.

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE OF OTHER PARTIES TO LEASE OR CONTRACT | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST. STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| | |

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6H (Official Form 6H) (12/07)

IN RE <u>McGann, Christy A & McGann, Jeremy M</u>          Case No. _____
<span style="padding-left:6em">Debtor(s)</span>                                         (If known)

## SCHEDULE H - CODEBTORS

    Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by the debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight-year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Jeremy M. McGann**<br>**3012 Winterberry Ave**<br>**Covington, VA  24426-6305** | **Empire Acceptance Co, Inc**<br>**PO Box 18245**<br>**Greensboro, NC  27419-8245**<br><br>**Wfds/wds**<br>**Po Box 1697**<br>**Winterville, NC  28590** |

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**Fill in this information to identify your case:**

Debtor 1     **Christy A McGann** _____
             First Name          Middle Name          Last Name

Debtor 2     **Jeremy M McGann** _____
(Spouse, if filing)   First Name          Middle Name          Last Name

United States Bankruptcy Court for the: Western District of Virginia

Case number _____
(If known)

Check if this is:

☐ An amended filing

☐ A supplement showing post-petition
   chapter 13 income as of the following date:
   _____
   MM / DD / YYYY

## Official Form 6I

# Schedule I: Your Income                                       12/13

Be as complete and accurate as possible. If two married people are filing together (Debtor 1 and Debtor 2), both are equally responsible for supplying correct information. If you are married and not filing jointly, and your spouse is living with you, include information about your spouse. If you are separated and your spouse is not filing with you, do not include information about your spouse. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

### Part 1:    Describe Employment

1. **Fill in your employment information.**

   If you have more than one job, attach a separate page with information about additional employers.

   Include part-time, seasonal, or self-employed work.

   Occupation may include student or homemaker, if it applies.

| | Debtor 1 | Debtor 2 or non-filing spouse |
|---|---|---|
| Employment status | ☑ Employed<br>☐ Not employed | ☑ Employed<br>☐ Not employed |
| Occupation | **Stock Supervisor** | **Account Mgr** |
| Employer's name | **Walmart** | **Bottling Group** |
| Employer's address | **702 S.W. 8th St**<br>Number  Street | **1100 Reynolds Blvd**<br>Number  Street |
| | **Bentonville, AR  72716**<br>City          State  ZIP Code | **Winston Salem, NC  27105-3400**<br>City          State  ZIP Code |
| How long employed there? | **15 years** | **8 years** |

### Part 2:    Give Details About Monthly Income

Estimate monthly income as of the date you file this form. If you have nothing to report for any line, write $0 in the space. Include your non-filing spouse unless you are separated.

If you or your non-filing spouse have more than one employer, combine the information for all employers for that person on the lines below. If you need more space, attach a separate sheet to this form.

| | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|
| 2. | **List monthly gross wages, salary, and commissions** (before all payroll deductions). If not paid monthly, calculate what the monthly wage would be. | 2. $ **2,739.58** | $ **4,185.78** |
| 3. | **Estimate and list monthly overtime pay.** | 3. + $ **0.00** | + $ **0.00** |
| 4. | **Calculate gross income.** Add line 2 + line 3. | 4. $ **2,739.58** | $ **4,185.78** |

Debtor 1   **Christy A McGann** _____  Case number *(if known)*_____
First Name     Middle Name     Last Name

| | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|
| Copy line 4 here ........................................................➔ | 4. | $ 2,739.58 | $ 4,185.78 |

5. **List all payroll deductions:**

| | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|
| 5a. **Tax, Medicare, and Social Security deductions** | 5a. | $ 379.96 | $ 926.60 |
| 5b. **Mandatory contributions for retirement plans** | 5b. | $ 0.00 | $ 0.00 |
| 5c. **Voluntary contributions for retirement plans** | 5c. | $ 0.00 | $ 0.00 |
| 5d. **Required repayments of retirement fund loans** | 5d. | $ 0.00 | $ 0.00 |
| 5e. **Insurance** | 5e. | $ 3.17 | $ 34.67 |
| 5f. **Domestic support obligations** | 5f. | $ 0.00 | $ 0.00 |
| 5g. **Union dues** | 5g. | $ 0.00 | $ 0.00 |
| 5h. **Other deductions.** Specify: **See Schedule Attached** | 5h. | + $ 18.67 | + $ 188.60 |

6. **Add the payroll deductions.** Add lines 5a + 5b + 5c + 5d + 5e +5f + 5g +5h.   6.   $ 398.63   $ 1,115.20

7. **Calculate total monthly take-home pay.** Subtract line 6 from line 4.   7.   $ 2,340.95   $ 3,070.58

8. **List all other income regularly received:**

8a. **Net income from rental property and from operating a business, profession, or farm**
Attach a statement for each property and business showing gross receipts, ordinary and necessary business expenses, and the total monthly net income.   8a.   $ 0.00   $ 0.00

8b. **Interest and dividends**   8b.   $ 0.00   $ 0.00

8c. **Family support payments that you, a non-filing spouse, or a dependent regularly receive**
Include alimony, spousal support, child support, maintenance, divorce settlement, and property settlement.   8c.   $ 849.00   $ 0.00

8d. **Unemployment compensation**   8d.   $ 0.00   $ 0.00

8e. **Social Security**   8e.   $ 0.00   $ 0.00

8f. **Other government assistance that you regularly receive**
Include cash assistance and the value (if known) of any non-cash assistance that you receive, such as food stamps (benefits under the Supplemental Nutrition Assistance Program) or housing subsidies.
Specify:   8f.   $ 0.00   $ 0.00

8g. **Pension or retirement income**   8g.   $ 0.00   $ 0.00

8h. **Other monthly income.** Specify: **Milage Reembursement For W**   8h.   + $ 0.00   + $ 200.00

9. **Add all other income.** Adds lines 8a + 8b + 8c + 8d + 8e + 8f +8g + 8h.   9.   $ 849.00   $ 200.00

10. **Calculate monthly income.** Add line 7 + line 9.
Add the entries in line 10 for Debtor 1 and Debtor 2 or non-filing spouse.   10.   $ 3,189.95 + $ 3,270.58 = $ 6,460.53

11. **State all other regular contributions to the expenses that you list in *Schedule J.***
Include contributions from an unmarried partner, members of your household, your dependents, your roommates, and other friends or relatives.
Do not include any amounts already included in lines 2-10 or amounts that are not available to pay expenses listed in *Schedule J.*
Specify: _____   11. + $ 0.00

12. **Add the amount in the last column of line 10 to the amount in line 11.** The result is the combined monthly income.
Write that amount on the *Summary of Schedules* and *Statistical Summary of Certain Liabilities and Related Data,* if it applies   12.   $ 6,460.53
**Combined monthly income**

13. **Do you expect an increase or decrease within the year after you file this form?**
☐ No.
☑ Yes. Explain: **Husband receives approximately $200 per month reembursement for out-of-pocket vehicle expenses.**

Official Form 6I      **Schedule I: Your Income**      page 2

**IN RE** McGann, Christy A & McGann, Jeremy M                                    Case No. _____
<br>
Debtor(s)

## SCHEDULE I - CURRENT INCOME OF INDIVIDUAL DEBTOR(S)
### Continuation Sheet - Page 1 of 1

|  | DEBTOR | SPOUSE |
|---|---|---|
| Other Payroll Deductions: | | |
| **Life Ins** | **3.17** | **19.50** |
| **Dental** | **15.50** | **47.67** |
| **Medical** | **0.00** | **64.57** |
| **HSA** | **0.00** | **41.69** |
| **LTD** | **0.00** | **15.17** |

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**Fill in this information to identify your case:**

| | | | | |
|---|---|---|---|---|
| Debtor 1 | **Christy A McGann** | | | |
| | First Name | Middle Name | Last Name | |
| Debtor 2 | **Jeremy M McGann** | | | |
| (Spouse, if filing) | First Name | Middle Name | Last Name | |

United States Bankruptcy Court for the: Western District of Virginia

Case number _____
(If known)

Check if this is:

☐ An amended filing

☐ A supplement showing post-petition chapter 13 expenses as of the following date:

_____
MM / DD / YYYY

☐ A separate filing for Debtor 2 because Debtor 2 maintains a separate household

Official Form 6J

# Schedule J: Your Expenses

12/13

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach another sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

## Part 1:  Describe Your Household

1. **Is this a joint case?**

   ☐ No. Go to line 2.
   ☑ Yes. **Does Debtor 2 live in a separate household?**

   ☐ No
   ☑ Yes. Debtor 2 must file a separate Schedule J.

2. **Do you have dependents?**

   Do not list Debtor 1 and Debtor 2.

   Do not state the dependents' names.

   ☐ No
   ☑ Yes. Fill out this information for each dependent...........................

| Dependent's relationship to Debtor 1 or Debtor 2 | Dependent's age | Does dependent live with you? |
|---|---|---|
| **Daughter** | **11** | ☐ No ☑ Yes |
| **Son** | **7** | ☐ No ☑ Yes |
| _____ | _____ | ☐ No ☐ Yes |
| _____ | _____ | ☐ No ☐ Yes |
| _____ | _____ | ☐ No ☐ Yes |

3. **Do your expenses include expenses of people other than yourself and your dependents?**

   ☑ No
   ☐ Yes

## Part 2:  Estimate Your Ongoing Monthly Expenses

Estimate your expenses as of your bankruptcy filing date unless you are using this form as a supplement in a Chapter 13 case to report expenses as of a date after the bankruptcy is filed. If this is a supplemental *Schedule J*, check the box at the top of the form and fill in the applicable date.

Include expenses paid for with non-cash government assistance if you know the value of such assistance and have included it on *Schedule I: Your Income* (Official Form 6I.)

| | | | Your expenses |
|---|---|---|---|
| 4. | The rental or home ownership expenses for your residence. Include first mortgage payments and any rent for the ground or lot. | 4. | $          440.00 |
| | If not included in line 4: | | |
| 4a. | Real estate taxes | 4a. | $          0.00 |
| 4b. | Property, homeowner's, or renter's insurance | 4b. | $          0.00 |
| 4c. | Home maintenance, repair, and upkeep expenses | 4c. | $          50.00 |
| 4d. | Homeowner's association or condominium dues | 4d. | $          0.00 |

Debtor 1 __**Christy A McGann**_____ Case number (if known)_____
First Name      Middle Name      Last Name

| | | Your expenses |
|---|---|---|

5. **Additional mortgage payments for your residence**, such as home equity loans | 5. | $_____0.00_____

6. **Utilities:**

| 6a. | Electricity, heat, natural gas | 6a. | $_____300.00_____ |
| 6b. | Water, sewer, garbage collection | 6b. | $_____0.00_____ |
| 6c. | Telephone, cell phone, Internet, satellite, and cable services | 6c. | $_____230.00_____ |
| 6d. | Other. Specify: __**Direct TV & Internet**_____ | 6d. | $_____179.00_____ |

7. **Food and housekeeping supplies** | 7. | $_____550.00_____

8. **Childcare and children's education costs** | 8. | $_____0.00_____

9. **Clothing, laundry, and dry cleaning** | 9. | $_____0.00_____

10. **Personal care products and services** | 10. | $_____50.00_____

11. **Medical and dental expenses** | 11. | $_____150.00_____

12. **Transportation.** Include gas, maintenance, bus or train fare.
Do not include car payments. | 12. | $_____550.00_____

13. **Entertainment, clubs, recreation, newspapers, magazines, and books** | 13. | $_____0.00_____

14. **Charitable contributions and religious donations** | 14. | $_____0.00_____

15. **Insurance.**
Do not include insurance deducted from your pay or included in lines 4 or 20.

| 15a. | Life insurance | 15a. | $_____0.00_____ |
| 15b. | Health insurance | 15b. | $_____90.00_____ |
| 15c. | Vehicle insurance | 15c. | $_____167.00_____ |
| 15d. | Other insurance. Specify:_____ | 15d. | $_____0.00_____ |

16. **Taxes.** Do not include taxes deducted from your pay or included in lines 4 or 20.
Specify: _____ | 16. | $_____0.00_____

17. **Installment or lease payments:**

| 17a. | Car payments for Vehicle 1 | 17a. | $_____0.00_____ |
| 17b. | Car payments for Vehicle 2 | 17b. | $_____0.00_____ |
| 17c. | Other. Specify:_____ | 17c. | $_____0.00_____ |
| 17d. | Other. Specify:_____ | 17d. | $_____0.00_____ |

18. **Your payments of alimony, maintenance, and support that you did not report as deducted from your pay on line 5, _Schedule I, Your Income_ (Official Form 6I).** | 18. | $_____0.00_____

19. **Other payments you make to support others who do not live with you.**
Specify:_____ | 19. | $_____0.00_____

20. **Other real property expenses not included in lines 4 or 5 of this form or on _Schedule I: Your Income._**

| 20a. | Mortgages on other property | 20a. | $_____0.00_____ |
| 20b. | Real estate taxes | 20b. | $_____0.00_____ |
| 20c. | Property, homeowner's, or renter's insurance | 20c. | $_____0.00_____ |
| 20d. | Maintenance, repair, and upkeep expenses | 20d. | $_____0.00_____ |
| 20e. | Homeowner's association or condominium dues | 20e. | $_____0.00_____ |

Debtor 1    **Christy A McGann** _____    Case number (*if known*)_____
            First Name    Middle Name    Last Name

---

21.  **Other**. Specify: **Expenses For Children (Activities, Lunch, Sports)**      21.    +$_____**180.00**_____

22.  **Your monthly expenses.** Add lines 4 through 21.
     The result is your monthly expenses.                                           22.    $_____**6,448.00**_____

23.  **Calculate your monthly net income.**

     23a.  Copy line 12 (*your combined monthly income*) from *Schedule I.*         23a.   $_____**6,460.53**_____

     23b.  Copy your monthly expenses from line 22 above.                           23b.   −$_____**6,448.00**_____

     23c.  Subtract your monthly expenses from your monthly income.
           The result is your *monthly net income.*                                 23c.   $_____**12.53**_____

24.  **Do you expect an increase or decrease in your expenses within the year after you file this form?**

     For example, do you expect to finish paying for your car loan within the year or do you expect your
     mortgage payment to increase or decrease because of a modification to the terms of your mortgage?

     ☐ No.
     ☑ Yes.    **See Continuation Sheet**

---

**Fill in this information to identify your case:**

Debtor 1    __Christy A McGann_____
            First Name          Middle Name          Last Name

Debtor 2    __Jeremy M McGann_____
(Spouse, if filing)  First Name     Middle Name          Last Name

United States Bankruptcy Court for the: Western District of Virginia

Case number    _____
(If known)

Check if this is:

☐ An amended filing

☐ A supplement showing post-petition chapter 13
   expenses as of the following date:
   _____
   MM / DD / YYYY

☑ A separate filing for Debtor 2 because Debtor 2
   maintains a separate household

## Official Form 6J
# Schedule J: Your Expenses

12/13

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach another sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

### Part 1:    Describe Your Household

1. **Is this a joint case?**

   ☐ No.  Go to line 2.
   ☑ Yes. **Does Debtor 2 live in a separate household?**

      ☐ No
      ☑ Yes. Debtor 2 must file a separate Schedule J.

2. **Do you have dependents?**

   Do not list Debtor 1 and Debtor 2.

   Do not state the dependents' names.

   ☐ No
   ☑ Yes. Fill out this information for each dependent.........................

| Dependent's relationship to Debtor 1 or Debtor 2 | Dependent's age | Does dependent live with you? |
|---|---|---|
| __Daughter__ | __11__ | ☐ No   ☑ Yes |
| __Son__ | __7__ | ☐ No   ☑ Yes |
| _____ | ____ | ☐ No   ☐ Yes |
| _____ | ____ | ☐ No   ☐ Yes |
| _____ | ____ | ☐ No   ☐ Yes |

3. **Do your expenses include expenses of people other than yourself and your dependents?**

   ☑ No
   ☐ Yes

### Part 2:    Estimate Your Ongoing Monthly Expenses

Estimate your expenses as of your bankruptcy filing date unless you are using this form as a supplement in a Chapter 13 case to report expenses as of a date after the bankruptcy is filed. If this is a supplemental *Schedule J*, check the box at the top of the form and fill in the applicable date.

Include expenses paid for with non-cash government assistance if you know the value of such assistance and have included it on *Schedule I: Your Income* (Official Form 6I.)

| | | | Your expenses |
|---|---|---|---|
| 4. | The rental or home ownership expenses for your residence. Include first mortgage payments and any rent for the ground or lot. | 4. | $ __1,468.00__ |
| | If not included in line 4: | | |
| 4a. | Real estate taxes | 4a. | $ __0.00__ |
| 4b. | Property, homeowner's, or renter's insurance | 4b. | $ __0.00__ |
| 4c. | Home maintenance, repair, and upkeep expenses | 4c. | $ __50.00__ |
| 4d. | Homeowner's association or condominium dues | 4d. | $ __0.00__ |

Debtor 1    **Christy A McGann** _____      Case number (*if known*)_____
          First Name    Middle Name      Last Name

|  |  | Your expenses |
| --- | --- | --- |

5.  **Additional mortgage payments for your residence**, such as home equity loans
5.  $ _____ **230.00** _____

6.  **Utilities:**

6a.  Electricity, heat, natural gas
6a.  $ _____ **200.00** _____

6b.  Water, sewer, garbage collection
6b.  $ _____ **85.00** _____

6c.  Telephone, cell phone, Internet, satellite, and cable services
6c.  $ _____ **100.00** _____

6d.  Other. Specify: _____
6d.  $ _____ **0.00** _____

7.  **Food and housekeeping supplies**
7.  $ _____ **300.00** _____

8.  **Childcare and children's education costs**
8.  $ _____ **0.00** _____

9.  **Clothing, laundry, and dry cleaning**
9.  $ _____ **0.00** _____

10.  **Personal care products and services**
10.  $ _____ **50.00** _____

11.  **Medical and dental expenses**
11.  $ _____ **0.00** _____

12.  **Transportation.** Include gas, maintenance, bus or train fare.
     Do not include car payments.
12.  $ _____ **460.00** _____

13.  **Entertainment, clubs, recreation, newspapers, magazines, and books**
13.  $ _____ **0.00** _____

14.  **Charitable contributions and religious donations**
14.  $ _____ **0.00** _____

15.  **Insurance.**
     Do not include insurance deducted from your pay or included in lines 4 or 20.

15a.  Life insurance
15a.  $ _____ **0.00** _____

15b.  Health insurance
15b.  $ _____ **0.00** _____

15c.  Vehicle insurance
15c.  $ _____ **67.00** _____

15d.  Other insurance. Specify:_____
15d.  $ _____ **0.00** _____

16.  **Taxes.** Do not include taxes deducted from your pay or included in lines 4 or 20.
     Specify:  **Personal Property** _____
16.  $ _____ **15.00** _____

17.  **Installment or lease payments:**

17a.  Car payments for Vehicle 1
17a.  $ _____ **0.00** _____

17b.  Car payments for Vehicle 2
17b.  $ _____ **0.00** _____

17c.  Other. Specify:_____
17c.  $ _____ **0.00** _____

17d.  Other. Specify:_____
17d.  $ _____ **0.00** _____

18.  **Your payments of alimony, maintenance, and support that you did not report as deducted from
     your pay on line 5, *Schedule I, Your Income* (Official Form 6I).**
18.  $ _____ **487.00** _____

19.  **Other payments you make to support others who do not live with you.**
     Specify:_____
19.  $ _____ **0.00** _____

20.  **Other real property expenses not included in lines 4 or 5 of this form or on *Schedule I: Your Income.***

20a.  Mortgages on other property
20a.  $ _____ **0.00** _____

20b.  Real estate taxes
20b.  $ _____ **0.00** _____

20c.  Property, homeowner's, or renter's insurance
20c.  $ _____ **0.00** _____

20d.  Maintenance, repair, and upkeep expenses
20d.  $ _____ **0.00** _____

20e.  Homeowner's association or condominium dues
20e.  $ _____ **0.00** _____

Debtor 1    **Christy A McGann** _____    Case number (*if known*)_____
            First Name      Middle Name      Last Name

21.  **Other**. Specify: _____    21.  +$_____0.00_____

22.  **Your monthly expenses.** Add lines 4 through 21.
     The result is your monthly expenses.                          22.  $_____

23.  **Calculate your monthly net income.**

     23a.  Copy line 12 (*your combined monthly income*) from *Schedule I.*    23a.  $_____

     23b.  Copy your monthly expenses from line 22 above.           23b.  − $_____

     23c.  Subtract your monthly expenses from your monthly income.
           The result is your *monthly net income*.                23c.  $_____

24.  **Do you expect an increase or decrease in your expenses within the year after you file this form?**

     For example, do you expect to finish paying for your car loan within the year or do you expect your
     mortgage payment to increase or decrease because of a modification to the terms of your mortgage?

     ☐  No.
     ☑  Yes.   **See Continuation Sheet**

**IN RE** McGann, Christy A & McGann, Jeremy M                              Case No. _____
                                      Debtor(s)

### SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)
#### Continuation Sheet - Page 1 of 2

Describe any increase or decrease in expenditures anticipated to occur within the year following the filing of this document:

**Debtor pays secured payment for vehicle debtor uses; legal title and lien in 3rd party's name.**
**Health insurance of $90 started in January 2014 out of pay**
**Parties in process of divorce.**

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**IN RE** <u>McGann, Christy A & McGann, Jeremy M</u> _____ Case No. _____
<p style="text-align:center">Debtor(s)</p>

## SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)
### Continuation Sheet - Page 2 of 2

Describe any increase or decrease in expenditures anticipated to occur within the year following the filing of this document:

**Parties in process of divorce.**

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6 Declaration (Official Form 6 - Declaration)  (12/07)

**IN RE** McGann, Christy A & McGann, Jeremy M _____    Case No. _____
<span style="float:right">Debtor(s)                                                    (If known)</span>

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of _____ **39** sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date: **January 30, 2014** _____    Signature: ***/s/ Christy A McGann*** _____
<span style="float:right">Debtor</span>
                                                **Christy A McGann**

Date: **January 30, 2014** _____    Signature: ***/s/ Jeremy M McGann*** _____
<span style="float:right">(Joint Debtor, if any)</span>
                                                **Jeremy M McGann**
<span style="float:right">[If joint case, both spouses must sign.]</span>

---

### DECLARATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER (See 11 U.S.C. § 110)

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342 (b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required by that section.

_____    _____
Printed or Typed Name and Title, if any, of Bankruptcy Petition Preparer    Social Security No. (Required by 11 U.S.C. § 110.)

*If the bankruptcy petition preparer is not an individual, state the name, title (if any), address, and social security number of the officer, principal, responsible person, or partner who signs the document.*

_____
_____
Address

_____    _____
Signature of Bankruptcy Petition Preparer    Date

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document, unless the bankruptcy petition preparer is not an individual:

*If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person.*

*A bankruptcy petition preparer's failure to comply with the provision of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both.  11 U.S.C. § 110; 18 U.S.C. § 156.*

---

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the _____ (the president or other officer or an authorized agent of the corporation or a member or an authorized agent of the partnership) of the _____ (corporation or partnership) named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of _____ sheets (*total shown on summary page plus 1*), and that they are true and correct to the best of my knowledge, information, and belief.

Date: _____    Signature: _____

_____
<span style="float:right">(Print or type name of individual signing on behalf of debtor)</span>

*[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]*

*Penalty for making a false statement or concealing property: Fine of up to $500,000 or imprisonment for up to 5 years or both.  18 U.S.C. §§ 152 and 3571.*

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B8 (Official Form 8) (12/08)

# United States Bankruptcy Court
## Western District of Virginia

**IN RE:**

Case No. _____

McGann, Christy A & McGann, Jeremy M

Chapter **7**

<span style="text-align:center">Debtor(s)</span>

## CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION

**PART A** – Debts secured by property of the estate. *(Part A must be fully completed for **EACH** debt which is secured by property of the estate. Attach additional pages if necessary.)*

| Property No. 1 | |
|---|---|
| **Creditor's Name:** <br> **Chase** | **Describe Property Securing Debt:** <br> **Primary Residence at:** |

Property will be *(check one)*:
☐ Surrendered  ☑ Retained

If retaining the property, I intend to *(check at least one)*:
☐ Redeem the property
☐ Reaffirm the debt
☑ Other. Explain **Retain and pay pursuant to contract**  (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is *(check one)*:
☐ Claimed as exempt  ☑ Not claimed as exempt

| Property No. 2 (if necessary) | |
|---|---|
| **Creditor's Name:** <br> **Empire Acceptance Co, Inc** | **Describe Property Securing Debt:** <br> **Primary Residence at:** |

Property will be *(check one)*:
☐ Surrendered  ☑ Retained

If retaining the property, I intend to *(check at least one)*:
☐ Redeem the property
☐ Reaffirm the debt
☑ Other. Explain **Retain and pay pursuant to contract**  (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is *(check one)*:
☐ Claimed as exempt  ☑ Not claimed as exempt

**PART B** – Personal property subject to unexpired leases. *(All three columns of Part B must be completed for each unexpired lease. Attach additional pages if necessary.)*

| Property No. 1 | | |
|---|---|---|
| **Lessor's Name:** | **Describe Leased Property:** | Lease will be assumed pursuant to 11 U.S.C. § 365(p)(2): <br> ☐ Yes ☐ No |

| Property No. 2 (if necessary) | | |
|---|---|---|
| **Lessor's Name:** | **Describe Leased Property:** | Lease will be assumed pursuant to 11 U.S.C. § 365(p)(2): <br> ☐ Yes ☐ No |

___**1** continuation sheets attached *(if any)*

**I declare under penalty of perjury that the above indicates my intention as to any property of my estate securing a debt and/or personal property subject to an unexpired lease.**

Date: _____**January 30, 2014**_____     ***/s/ Christy A McGann***_____
Signature of Debtor

***/s/ Jeremy M McGann***_____
Signature of Joint Debtor

<span style="writing-mode:vertical">© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only</span>

B8 (Official Form 8) (12/08)

# CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION
## *(Continuation Sheet)*

## PART A – Continuation

| Property No. 3 | |
|---|---|
| **Creditor's Name:**<br>**Kings Creek Plantation** | **Describe Property Securing Debt:** |

Property will be *(check one)*:
☑ Surrendered   ☐ Retained

If retaining the property, I intend to *(check at least one)*:
☐ Redeem the property
☐ Reaffirm the debt
☐ Other. Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is *(check one)*:
☐ Claimed as exempt   ☑ Not claimed as exempt

| Property No. | |
|---|---|
| **Creditor's Name:** | **Describe Property Securing Debt:** |

Property will be *(check one)*:
☐ Surrendered   ☐ Retained

If retaining the property, I intend to *(check at least one)*:
☐ Redeem the property
☐ Reaffirm the debt
☐ Other. Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is *(check one)*:
☐ Claimed as exempt   ☐ Not claimed as exempt

| Property No. | |
|---|---|
| **Creditor's Name:** | **Describe Property Securing Debt:** |

Property will be *(check one)*:
☐ Surrendered   ☐ Retained

If retaining the property, I intend to *(check at least one)*:
☐ Redeem the property
☐ Reaffirm the debt
☐ Other. Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is *(check one)*:
☐ Claimed as exempt   ☐ Not claimed as exempt

## PART B – Continuation

| Property No. | | |
|---|---|---|
| **Lessor's Name:** | **Describe Leased Property:** | Lease will be assumed pursuant to 11 U.S.C. § 365(p)(2):<br>☐ Yes ☐ No |

| Property No. | | |
|---|---|---|
| **Lessor's Name:** | **Describe Leased Property:** | Lease will be assumed pursuant to 11 U.S.C. § 365(p)(2):<br>☐ Yes ☐ No |

Continuation sheet ___**1**___ of ___**1**___

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B7 (Official Form 7) (04/13)

# United States Bankruptcy Court
## Western District of Virginia

IN RE:

Case No. _____

McGann, Christy A & McGann, Jeremy M

Chapter **7** _____

Debtor(s)

# STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor.  Spouses filing a joint petition may file a single statement on which the information for both spouses is combined.  If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs. To indicate payments, transfers and the like to minor children, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

## *DEFINITIONS*

*"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

*"Insider."* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any persons in control of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor. 11 U.S.C. § 101(2),(31).

---

### 1. Income from employment or operation of business

None ☐ State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

AMOUNT    SOURCE
0.00    **Wife - 2012 $27,000, 2013 - $31,780; 2014 YTD $2000 Walmart**
        **Husband - 2012 - $47,000 , 2013 - $42,000, YTD $2200 Bottling Co**

---

### 2. Income other than from employment or operation of business

None ☐ State the amount of income received by the debtor other than from employment, trade, profession, operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

AMOUNT    SOURCE
0.00    **child support $849/mo**
0.00    **Husband disability 2013 $300/wk April 8, 2013 ending July 17, 2013**

---

### 3. Payments to creditors
*Complete a. or b., as appropriate, and c.*

None ☐ *a. Individual or joint debtor(s) with primarily consumer debts:* List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within **90 days** immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|
| **Kings Creek Plantation**<br>**5900 Pasteur Ct**<br>**Carlsbad, CA  92008-7330** | **15 December 2013** | **800.00** | **0.00** |

**maintenance fees for timeshare**

---

None ☑ *b. Debtor whose debts are not primarily consumer debts: List each payment or other transfer to any creditor made* within **90 days** immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $6,255.* If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments and other transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

*\* Amount subject to adjustment on 4/01/16, and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

---

None ☑ *c. All debtors:* List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

**4. Suits and administrative proceedings, executions, garnishments and attachments**

None ☐ a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT<br>AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY<br>AND LOCATION | STATUS OR<br>DISPOSITION |
|---|---|---|---|
| **Columbia/Alleghany Regional**<br>**Hospital Inc v Christi McGann** | **warrant** | **Alleghany GDC** | **Judgement** |

---

None ☑ b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

**5. Repossessions, foreclosures and returns**

None ☐ List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION,<br>FORECLOSURE SALE,<br>TRANSFER OR RETURN | DESCRIPTION AND VALUE<br>OF PROPERTY |
|---|---|---|
| **Wells Fargo Dealer Services**<br>**Po Box 6700**<br>**Rancho Cucamonga, CA  91729** | **Feb 2013** | **2010 Chev Tahoe** |

---

**6. Assignments and receiverships**

None ☑ a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and joint petition is not filed.)

---

None ☑ b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

**7. Gifts**

None ☑ List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

**8. Losses**

None ☑ List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case**. (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

**9. Payments related to debt counseling or bankruptcy**

None ☐ List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of a petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYOR IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **Don Burks P.C.**<br>**30 Crossing Lane Suite 205**<br>**Lexington, VA  24450** | | **1,100.00** |

**10. Other transfers**

None ☑ a. List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **two years** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

None ☑ b. List all property transferred by the debtor within **ten years** immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

**11. Closed financial accounts**

None ☑ List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

**12. Safe deposit boxes**

None ☑ List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

**13. Setoffs**

None ☑ List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

**14. Property held for another person**

None ☑ List all property owned by another person that the debtor holds or controls.

**15. Prior address of debtor**

None ☑ If debtor has moved within **three years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

**16. Spouses and Former Spouses**

None ☑ If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within **eight years** immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

## 17. Environmental Information

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law.

| None | |
|---|---|
| ☑ | a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law. |

| None | |
|---|---|
| ☑ | b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice. |

| None | |
|---|---|
| ☑ | c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number. |

## 18. Nature, location and name of business

| None | |
|---|---|
| ☑ | a. *If the debtor is an individual*, list the names, addresses, taxpayer-identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case. |

*If the debtor is a partnership*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within **six years** immediately preceding the commencement of this case.

*If the debtor is a corporation*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

| None | |
|---|---|
| ☑ | b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101. |

*[If completed by an individual or individual and spouse]*

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct.

Date: **January 30, 2014**     Signature  */s/ Christy A McGann*
                               of Debtor                                          **Christy A McGann**

Date: **January 30, 2014**     Signature  */s/ Jeremy M McGann*
                               of Joint Debtor                                    **Jeremy M McGann**
                               (if any)

_____ **0** continuation pages attached

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. § 152 and 3571.*

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

ALCOA BILLING CTR
3429 REGAL DR
ALCOA TN  37701-3265


ALLEGHANY ANESTHESIA ASSOC
PO BOX 8310
ROANOKE VA  24014


ALLEGHANY EAR NOSE THROAT
ALLEGHANY HIGHLANDS MEDICAL CTR STE 103
LOW MOOR VA  24457


ALLEGHANY GDC
CIVIL DIVISION
PO BOX 139
COVINGTON VA  24426


ALLEGHANY REGIONAL HOSPITAL
PATIENT ACCOUNT SERVICES
PO BOX 13620
RICHMOND VA  23225


ALLIED INTERSTATE
3000 CORPORATE EXCHANGE DR, 5TH FL
COLUMBAS OH  43231


AUGUSTA HEALTH
PO BOX 1000
FISHERVILLE VA  22939


BANK OF AMERICA
PO BOX 982236
EL PASO TX  79998-2236

BANK OF AMERICA, N.A.
201 N TRYON ST
CHARLOTTE NC  28202


BARC ELECTRIC COOPERATIVE
PO BOX 264
MILLBORO VA  24460-0264


BLUE RIDGE RADIOLOGISTS
401 COMMERCE RD, STE 413
STAUNTON VA  24401


BUSINESS REVENYE SYSTEMS INC
PO BOX 13077
DES MOINES IA  50310-0077


CAC FINANCIAL CORP
2601 NEW EXPRESSWAY, SUITE 1000 EAST
OKLAHOMA CITY OK  73112-7236


CAC FINANCIAL CORP
2601 NW EXPWY
OKLAHOMA CITY OK  73112


CAP ONE
ATTN: BANKRUPTCY DEPT
PO BOX 30285
SALT LAKE CITY UT  84130-0285


CAP ONE
PO BOX 85520
RICHMOND VA  23285

CAPITAL 1 BANK
ATTN: BANKRUPTCY DEPT.
PO BOX 30285
SALT LAKE CITY UT  84130-0285


CAPITAL ONE
ATTN: BANKRUPTCY
PO BOX 30285
SALT LAKE CITY UT  84130-0285


CAWTHORN, PICARD, ROWE, DESKEVICH &GAVIN
9701 METROPOLITAN CT STE C
NORTH CHESTERFIELD VA  23236-3690


CAWTHORN, PICARD, ROWE, DESKEVICH &GAVIN
8310 MIDLOTHIAN TURNPIKE
RICHMOND VA  23235


CBHV
PO BOX 3495
TOLEDO OH  43607-0495


CHASE
PO BOX 24696
COLUMBUS OH  43224


CHASE MANHATTAN MORTGA
ATTN: BANKRUPTCY DEPT
3415 VISION DR
COLUMBUS OH  43219-6009


CHASE MANHATTAN MTGE
PO BOX 24696
COLUMBUS OH  43224

CITIBANK USA
CITICORP CREDIT SERVICES/ATTN:CENTRALIZE
PO BOX 20507
KANSAS CITY MO  64195-0507


CLIENT SERVICES INC
3451 HARRY S TRUMAN BLVD
ST CHARLES MO  63301-4047


CREDIT COLL/USA
16 DISTRIBUTOR DR STE 1
MORGANTOWN WV  26501


CREDIT COLLECTIONS USA
256 GREENBAG RD, SUITE 1
PO BOX 873
MORGANTOWN WV  26507-0873


CREDIT COLLECTIONS USA
16 DISTRIBUTOR DRIVE, SUITE 1
MORGANTOWN WV  26501


CREDITORS COLLECTION S
ONLY BY PHONE
NA VA  24018


CREDITORS COLLECTION SERVICE
PO BOX 21504
ROANOKE VA  24018-0152


DECA FINANCIAL SERVICE
12175 VISIONARY WAY
FISHERS IN  46038

DELL FINANCIAL SERVICES
DELL FINANCIAL SERVICES ATTN: BANKRUPCTY
PO BOX 81577
AUSTIN TX  78708-1577


DELL FINANCIAL SERVICES
C/O DFS CUSTOMER CARE DEPT.
PO BOX 81577
AUSTIN TX  81577


DISH NETWORK
9601 SOUTH MERIDIAN BLVD
ENGLEWOOD CO  80112


DISH NETWORK
DEPT 0063
PALATINE IL  60055-0063


DUPONT COMMUNITY CREDI
140 LUCY LN
WAYNESBORO VA  22980


DUPONT COMMUNITY CREDIT UNION
PO BOX 1365
WAYNESBORO VA  22980-0923


DUPONT COMMUNITY CU
PO BOX 1365
WAYNESBORO VA  22980


EMPIRE ACCEPTANCE CO, INC
PO BOX 18245
GREENSBORO NC  27419-8245

```
FIRST NATIONAL COLLECTION BUREAU, INC
610 WALTHAM WAY
SPARKS NV  89434


FIRSTSOURCE ADVANTAGE LLC
205 BRYANT WOODS S
AMHERST NY  14228-3609


FOCUSED RECOVERY SOLUT
9701 METROPOLITAN CT STE
NORTH CHESTERFIELD VA  23236


FOCUSED RECOVERY SOLUTIONS, INC
9701 METROPOLITAN COURT, STE B
RICHMOND VA  23236


G C SERVICES
6330 GULFTON
HOUSTON TX  77081


GE CAPITAL RETAIL BANK
ATTN: BANKRUPTCY
PO BOX 103106
ROSWELL GA  30076


GE CAPITAL RETAIL BANK
ATTN: BANKRUPTCY
PO BOX 103104
ROSWELL GA  30076


GECRB
PO BOX 103104
ROSWELL GA  30076
```

GECRB/CARE CREDIT
ATTN: BANKRUPTCY
PO BOX 103104
ROSWELL GA  30076-9104


GECRB/LOWES
ATTENTION:  BANKRUPTCY DEPARTMENT
PO BOX 103104
ROSWELL GA  30076-9104


GECRB/LOWES
PO BOX 965005
ORLANDO FL  32896


GECRB/SAMS CLUB
PO BOX 965005
ORLANDO FL  32896


GECRB/WALMART
PO BOX 965024
EL PASO TX  79998


GEMB/WALMART
ATTN: BANKRUPTCY
PO BOX 103104
ROSWELL GA  30076-9104


GERALD FRANSON
101 N MAPLE AVE
COVINGTON VA  24426-1544


KINGS CREEK PLANTATION
5900 PASTEUR CT
CARLSBAD CA  92008-7330

LEWIS GALE HOSPITAL ALLEGHANY
1 ALLEGHANY REG HOSP LN
LOW MOOR VA  24457


LEWIS GALE PHYSICIANS
3 MARYLAND FARMS STE 250
BRENTWOOD TN  37027-5053


LUMOS NETWORKS
342 N COURT AVE
COVINGTON VA  24426-1204


LVNV FUNDING
PO BOX 10497
GREENVILLE SC  29603


LVNV FUNDING LLC
PO BOX 10497
GREENVILLE SC  29603


MALCOLM M. DOUBLES
WEIGNAT & DOUBLES, P.C.
PO BOX 32
FINCASTLE VA  24090-0032


MEDEXPRESS
PO BOX 7959
BELFAST ME  04915-7900


MEDEXPRESS URGENT CARE WV
1751 EARL CORE ROAD
MORGANTOWN WV  26505


NATIONWIDE CREDIT, INC
PO BOX 26314
LEHIGH VALLEY PA  18002-6314

NCO FIN/51
PO BOX 13574
PHILADELPHIA PA  19101


PORTFOLIO RECOVERY ASS, LLC
PO BOX 12914
NORFOLK VA  23541


RMS
77 HARTLAND ST, STE 401
PO BOX 280431
EAST HARTFORD CT  06128-0431


SALEM HOSPITALSTS LLC
3 MARYLAND FARMS STE 250
BRENTWOOD TN  37027-5053


SAMS CLUB / GEMB
ATTENTION:  BANKRUPTCY DEPARTMENT
PO BOX 103104
ROSWELL GA  30076-9104


SHENANDOAH EMERGENCY MED SPECIALI
78 MEDICAL DIRVE
FISHERSVILLE VA  22939


STELLARONE
PO BOX 600
105 ARBOR DR
CHRISTIANSBURG VA  24068


STONELEIGH RECOVERY ASSOCIATES, LLC
PO BOX 1479
LOMBARD IL  60148-8479

THD/CBNA
PO BOX 6497
SIOUX FALLS SD   57117


THE BUREAUS INC
1717 CENTRAL ST
EVANSTON IL   60201


TRANSWORLD SYSTEMS INC
COLLECTION AGENCY
507 PRUDENTIAL RD
HORSHAM PA   19044-2308


TRANSWORLD SYSTEMS INC
PO BOX 264
MILLBORO VA   24460-0264


UNITED COLLECTION BUREAU, INC
5620 SOUTHWYCK BLVD SUITE 206
TOLEDO OH   43614


VA HIGHLANDS RADIOLOGY
3220 LONGDALE FURNACE RD
CLIFTON FORGE VA   24422-3406


VCS, INC
PO BOX 83
STAUNTON VA   24402


WEBBANK/DFS
1 DELL WAY
ROUND ROCK TX   78682


WECCU CREDIT UNION
347 N. COURT AVE
COVINGTON VA   24426

WELLS FARGO NATIONAL RECOVERY CTR
PO BOX 25341
SANTA ANA CA  92799-5341


WFDS/WDS
PO BOX 1697
WINTERVILLE NC  28590


WFS FINANCIAL/WACHOVIA DEALER SRVS
PO BOX 6700
RANCHO CUCAMONGA CA  91729-6700


WVVA HEALTHCARE ALLIANCE
PO BOX 457
WHT SULPHUR SPRINGS WV  24986


ZALE/CBNA
PO BOX 6497
SIOUX FALLS SD  57117


ZALE/CBSD
ATTN.: CENTRALIZED  BANKRUPTCY
PO BOX 20363
KANSAS CITY MO  64195-0363

**United States Bankruptcy Court**
**Western District of Virginia**

IN RE:                                                                                    Case No. _____

McGann, Christy A & McGann, Jeremy M _____                    Chapter **7** _____
                                    Debtor(s)

**VERIFICATION OF CREDITOR MATRIX**

The above named debtor(s) hereby verify(ies) that the attached matrix listing creditors is true to the best of my(our) knowledge.


Date: **January 30, 2014** _____        Signature: **/s/ Christy A McGann** _____
                                                        **Christy A McGann**                                          Debtor


Date: **January 30, 2014** _____        Signature: **/s/ Jeremy M McGann** _____
                                                        **Jeremy M McGann**                                    Joint Debtor, if any

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

## United States Bankruptcy Court
## Western District of Virginia

**IN RE:**                                                    Case No. _____

**McGann, Christy A & McGann, Jeremy M** _____    Chapter **7**_____
Debtor(s)

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1.  Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

    For legal services, I have agreed to accept ......................................................... $ _____**1,100.00**

    Prior to the filing of this statement I have received ................................................ $ _____**1,100.00**

    Balance Due ...................................................................................... $ _____**0.00**

2.  The source of the compensation paid to me was: ☑ Debtor  ☐ Other (specify):

3.  The source of compensation to be paid to me is: ☐ Debtor  ☐ Other (specify):

4.  ☑ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

    ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

5.  In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

    a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
    b.  Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
    c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
    d.  ~~Representation of the debtor in adversary proceedings and other contested bankruptcy matters~~;
    e.  [Other provisions as needed]

6.  By agreement with the debtor(s), the above disclosed fee does not include the following services:
    **Representation of the debtor in adversary proceedings and other contested matters**

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

---

CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

_____**January 30, 2014**_____      **/s/ Donald M. Burks**
Date                                  Donald M. Burks 41311
                                      Don Burks P.C.
                                      30 Crossing Lane Suite 205
                                      Lexington, VA  24450
                                      (540) 463-1080  Fax: (540) 463-1082
                                      bankruptcy@donburkslaw.com